IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| WYNDHAM VACATION OWNERSHIP, INC. et. Al., <br><br> *Plaintiffs,* <br><br> v. <br><br> SLATTERY, SOBEL & DECAMP, LLC, et al. <br><br> *Defendants.* | Civil Action No.: 6:19-cv-1908-WWB-EJK |
|---|---|

## DECLARATION OF MIRANDA McCROSKEY, ESQ.

1. I am an attorney duly licensed to practice law in the State of California. I am the founding and managing attorney of the law firm Unlock Legal, which is a California law firm. I am also the founding and managing attorney of McCroskey Legal, which is a California law firm.

2. I am not a party to this lawsuit.

3. I received a subpoena setting my deposition in this matter for July 1, 2021 at 5:00 p.m. eastern time. The subpoena was served by Michael Quinn on behalf of the Plaintiffs.

4. The date and time for the deposition were not coordinated with me. I am unable to appear for deposition at the time and date stated in the subpoena due to a family medical emergency. My elderly father, who suffers from dementia, has suffered two falls in the last week, which resulted in loss of consciousness and required inpatient hospital care. I am the primary caregiver for my father because my mother is also elderly and frail, and I do not have any siblings or other family to assist in caring for my father. My father was discharged to a rehabilitation facility on Friday, June 25, 2021, where I expected him to remain for the foreseeable future while he recovers from the injuries sustained in his falls, as well as from an underlying urinary tract

infection which has aggravated the severity of his dementia. However, today my father was unexpectedly discharged into my care for the duration of his recovery. He is still suffering from the above-listed conditions, and requires full time assistance with all activities of daily living as well as frequent catheter changes and administration of medication. I am also responsible for coordinating my father's office visits with numerous medical specialists for the immediate future. I am attempting to arrange in-home nursing care but have not yet secured care for him. This health emergency has required me to be largely absent from my law practice and will require me to continue taking time away from work until my father's condition has stabilized and I am able to obtain in-home nursing care for him. Consequently, I am unable to appear for deposition this Thursday, July 1, 2021.

5.  I have been advised that my father's falls may have been caused by the underlying urinary tract infection, which was diagnosed on June 4, 2021, and that it is imperative to ensure that my father receives proper care for the infection to resolve. I understand that it may take several weeks for the infection to clear.

6.  Additionally, I understand that my attorneys retained to represent me at my deposition are starting trial in the matter of *Westgate v. Reed Hein*, case number 6:18-cv-01088-GAP-DCI, in the Middle District of Florida, on July 13, 2021.

7.  Consequently, I respectfully request that my deposition be re-scheduled for a date 30 days in the future, to permit sufficient time for my father's condition to improve, for me to be

able to resume my full work schedule, and for my counsel to conclude their trial so that they can represent me in deposition in this matter.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of June, 2021.

_____
Miranda McCroskey, Esq.