**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WYNDHAM VACATION OWNERSHIP,**
**INC., WYNDHAM VACATION**
**RESORTS, INC., WYNDHAM RESORT**
**DEVELOPMENT CORPORATION,**
**SHELL VACATIONS, LLC, SVC-**
**AMERICANA, LLC, and SVC-HAWAII,**
**LLC,**

          **Plaintiffs,**

**v.**                              **Case No.: 6:19-cv-1908-WWB-EJK**

**SLATTERY, SOBEL & DECAMP, LLP,**
**DEL MAR LAW GROUP, LLP,**
**CARLSBAD LAW GROUP, LLP, JL**
**"SEAN&QUOT SLATTERY,**
**PANDORA MARKETING, LLC,**
**PANDORA SERVICING, LLC,**
**INTERMARKETING MEDIA, LLC,**
**KENNETH EDDY, WILLIAM WILSON,**
**and RICH FOLK,**

          **Defendants.**

---

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. The parties have failed to comply with this Court's Order (Doc. 30) requiring the parties to conduct mediation on or before April 16, 2021.

Therefore, it is **ORDERED** that the parties shall advise the Court on the status of mediation on or before **January 4, 2022**. Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions pursuant to Local Rule 3.10(a).

**DONE** and **ORDERED** in Orlando, Florida on December 21, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party