UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION
OWNERSHIP, INC., WYNDHAM
VACATION RESORTS, INC.,
WYNDHAM RESORT
DEVELOPMENT
CORPORATION, SHELL
VACATIONS, LLC, SVC-
AMERICANA, LLC, and SVC-
HAWAII, LLC,

        Plaintiffs,

v.                                                                                          Case No: 6:19-cv-1908-WWB-EJK

SLATTERY, SOBEL & DECAMP,
LLP, DEL MAR LAW GROUP,
LLP, CARLSBAD LAW GROUP,
LLP, JL "SEAN&QUOT
SLATTERY, PANDORA
MARKETING, LLC, PANDORA
SERVICING, LLC,
INTERMARKETING MEDIA,
LLC, KENNETH EDDY,
WILLIAM WILSON, and RICH
FOLK,

        Defendants.

## ORDER

This cause comes before the Court on Plaintiffs' Time-Sensitive Renewed Motion for Order to Show Cause Based on Most Recent Harassment Evidencing Ongoing Sanctionable Conduct Requiring Immediate Court Intervention (the

"Motion") (Doc. 966), filed December 2, 2022. The Court heard oral argument on the Motion and related issues on December 2, 2022.

For the reasons stated on the record at the hearing, it is **ORDERED** as follows:

1. Plaintiffs' Motion to Strike Defaulted Defendants' Affidavit of Fact (Doc. 963) is **GRANTED**. The Affidavit of Fact, filed by William Wilson and Rich Folk (Doc. 960) is **STRICKEN** as a violation of Local Rule 2.02(b)(3). ("If a lawyer represents a person in an action, the person can appear through the lawyer only.")

2. Plaintiffs' Motion for Order to Show Cause (Doc. 962) and Plaintiffs' Time-Sensitive Renewed Motion for Order to Show Cause Based on Most Recent Harassment Evidencing Ongoing Sanctionable Conduct Requiring Immediate Court Intervention (Doc. 966) are **DENIED WITHOUT PREJUDICE**.

3. The parties are issued a **final warning** that any further filings made *pro se* by a party represented by an attorney will result in the issuance of an Order to Show Cause and may result in the imposition of sanctions against that party and his or her counsel.

4. Additionally, Attorney Patrick Bradford **SHALL** inform William Wilson and Rich Folk not to make any further contact[1] with Plaintiffs, Plaintiffs' counsel, or Plaintiffs' counsels' staff, except through counsel.

---

[1] Any filings that Wilson or Folk sent, or caused to be sent, prior to the entry of this Order, but are delivered subsequent to the entry of this Order, are excepted.

**DONE** and **ORDERED** in Orlando, Florida on December 2, 2022.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE