**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WYNDHAM VACATION OWNERSHIP, INC., et al.,

    Plaintiffs,

v.

SLATTERY, SOBEL & DECAMP, LLP, et al.,

    Defendants.

_____/

Case No. 6:19-cv-1908-Orl-78EJK

## JOINT NOTICE AS TO TRIAL TRANSCRIPT

Plaintiffs, Wyndham Vacation Ownership, Inc.; Wyndham Vacation Resorts, Inc.; Wyndham Resort Development Corporation; Shell Vacations, LLC; SVC-Americana, LLC; and SVC-Hawaii, LLC (collectively "Wyndham"), and Defendants, Slattery, Sobel & Decamp, LLP, Del Mar Law Group, LLP, Carlsbad Law Group, LLP, and JL "Sean" Slattery (collectively, the "Lawyer Defendants") (Wyndham and Lawyer Defendants together, the "Parties"), hereby file this joint notice as to certain witness testimony offered at trial by Wyndham. The Parties note that during trial in the above-referenced matter, Wyndham presented certain witness testimony via deposition (the "Deposition Testimony"). Such Deposition Testimony was not recorded in the *Transcript of Bench Trial*, Volumes I-IV ("Trial Transcript") except to state that the videotaped deposition of certain witnesses was played at certain times. Accordingly, and for purposes of a complete record, the Parties hereby file with the Court transcripts of the Deposition

Testimony[1] as presented during trial. Specifically, attached hereto is the following Deposition Testimony:

- **Exhibit 1**: August 28, 2020 deposition of Rich Folk referenced at page 63, lines 2-3 of the Trial Transcript;

- **Exhibit 2**: March 25, 2021 deposition of Courtland Llauger referenced at page 75, lines 3-4 of the Trial Transcript;

- **Exhibit 3**: March 26, 2021 deposition of Taylor Otto referenced at page 80, lines 22-23 of the Trial Transcript;

- **Exhibit 4**: August 27, 2020 deposition of William Wilson referenced at page 86, lines 6-7 of the Trial Transcript;

- **Exhibit 5** July 1, 2021 deposition of Jason Krieck referenced at page 86, lines 11-12 of the Trial Transcript;

- **Exhibit 6**: March 29, 2021 deposition of Tim Clark referenced at page 87, lines 5-6 of the Trial Transcript;

- **Exhibit 7**: March 26, 2021 deposition of Angela Consalvo referenced at page 87, lines 22-23 of the Trial Transcript;

- **Exhibit 8**: March 10, 2021 deposition of Terry Lite referenced at page 276, lines 11-12 of the Trial Transcript;

- **Exhibit 9**: March 19, 2021 deposition of Suzanne Miller referenced at page 283, lines 18-19 of the Trial Transcript;

- **Exhibit 10**: March 17, 2021 deposition of Michael Wilson referenced at page 285, lines 12-13 of the Trial Transcript;

- **Exhibit 11**: March 25, 2021 deposition of John Donboli referenced at page 289, lines 17-18 of the Trial Transcript;

- **Exhibit 12**: June 29, 2021 deposition of Yuliya Pavlenko referenced at page 290, lines 12-13 and page 298, lines 10-13 of the Trial Transcript;

- **Exhibit 13**: March 29, 2021 deposition of Debbie White referenced at page 298, lines 23-24 of the Trial Transcript;

---

[1] The Deposition Testimony played at trial and attached hereto represents only portions of the referenced depositions. The Parties provide, pursuant to this Notice, only those portions of depositions actually presented at trial.

- **Exhibit 14**: January 21, 2021 deposition of Sean Slattery referenced at page 324, lines 3-4 of the Trial Transcript.

Dated: December 9, 2022                                   Respectfully submitted,

/s/ Michael J. Quinn                                       /s/ Brian L. Wagner
**ALFRED J. BENNINGTON, JR., ESQ.**        **BRIAN L. WAGNER**
Florida Bar No. 0404985                              Florida Bar Number: 142727
bbennington@shutts.com                           **W. SCOTT GABRIELSON**
**GLENNYS ORTEGA RUBIN, ESQ.**             Florida Bar Number: 130819
Florida Bar No. 556361                                **Mateer & Harbert, P.A.**
grubin@shutts.com                                     225 East Robinson Street, Suite 600
**MICHAEL J. QUINN, ESQ.**                       Orlando, Florida 32801-2854
Florida Bar No. 84587                                  Telephone: (407) 425-9044
Email: mquinn@shutts.com                       Facsimile: (407) 423-2016
**CHRISTIAN M. LEGER, ESQ.**                  Primary: bwagner@mateerharbert.com
Florida Bar No. 0100562                              Secondary: semerson@mateerharbert.com
cleger@shutts.com                                      Primary: sgabrielson@mateerharbert.com
**BENJAMIN F. ELLIOTT, ESQ.**                  Secondary:
Florida Bar No. 1010706                              mstoutamire@mateerharbert.com
belliott@shutts.com
**SHUTTS & BOWEN LLP**                         *Attorneys for Lawyer Defendants*
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6755
Facsimile: (407) 849-7255

*Attorneys for Plaintiffs*

ORLDOCS 20142135 2