**Wyndham - Carlsbad**

---

 **Folk, Rich (Vol. 01) – 08/28/2020 [4224166]**          1 CLIP  (RUNNING 00:16:38.797)

 UPDATED

RF-0828-0001216                    21 SEGMENTS  (RUNNING 00:16:38.797)          

**1. PAGE 12:16 TO 12:18  (RUNNING 00:00:04.570)**

```
16      Q.   Sir, could you please state your full name for
17 the record?
18      A.   Richard Barry Folk.
```

**2. PAGE 30:12 TO 30:13  (RUNNING 00:00:06.070)**

```
12      Q.   What is your title at Pandora Marketing?
13      A.   Managing partner.
```

**3. PAGE 31:19 TO 31:21  (RUNNING 00:00:04.190)**

```
19      Q.   Are you a 50 percent owner of Pandora
20 Marketing?
21      A.   Yes.
```

**4. PAGE 194:05 TO 194:21  (RUNNING 00:00:32.990)**

```
05           MR. FIELDS:  Yeah, this is James Fields.
06           MS. FIELDS:  This is Ruth Fields.
07           COURTLAND:  Oh, hi.  Good afternoon.  Thank you
08      so much.  My -- thank you for picking up the call.
09      My name is Courtland.  I'm calling from Timeshare
10      Compliance.
11           MS. FIELDS:  Okay.
12           COURTLAND:  We -- we had to call to talk about
13      your Wyndham contract that you wanted to get out of.
14           MR. FIELDS:  Yeah.
15           COURTLAND:  Did I catch you at a good time?
16           (Audio stopped.)
17 BY MR. QUINN:
18      Q.   Who is Courtland?
19      A.   He's an analyst.
20      Q.   Does he currently work at Timeshare Compliance?
21      A.   He does.
```

**5. PAGE 196:07 TO 199:05  (RUNNING 00:02:35.040)**

```
07           (Audio played.)
08           COURTLAND:  Once clients sign on with us,
09      James, as crazy it may sound, they don't make
10      another payment.  It doesn't make sense for you to
11      make another payment.  Now, I cannot legally tell
12      you not to make payments.  I want to make that very
13      clear.
14           MR. FIELDS:  Oh, okay.
15           COURTLAND:  It would be unethical, and I'd be
16      lying to you and giving you the wrong advice.  But
17      we have lots of clients in your situation, they
18      figure out a way.
19           But my question to you, and it's just a
20      question, if you could come up with something, and
21      it's not going to happen right now, what would it
22      be?  If it went -- some sort of down payment.
23      Uh-huh, Yeah.
24           MR. FIELDS:  Probably 2,000.
25           COURTLAND:  Okay.  So let me tell you how easy
00197:01 I can make your life, okay.
```

EXHIBIT 1

**Wyndham - Carlsbad**

```
         02        MR. FIELDS:  Mm-hmm.
         03        COURTLAND:  And, Ruth, I know you're going to
         04   remember this.  I said in the beginning of this
         05   conversation if you two are not ecstatically happy
         06   by the time we hang up this call, I'll be surprised.
         07   And I pretty much can tell you and I'm going to sort
         08   of step off the curb, that's going to happen on this
         09   call.
         10        MS. FIELDS:  Mm-mmm.
         11        COURTLAND:  Okay.
         12        MS. FIELDS:  I'm waiting.
         13        COURTLAND:  All right.  So if you came up with
         14   2,000, James, and none of that needs to happen right
         15   now.  This is just a conversation.  I want you to
         16   imagine -- first of all, I'm on your side.
         17        MR. FIELDS:  Okay.
         18        COURTLAND:  I don't want you to pay -- I don't
         19   want you to pay them another dime, but I -- we have
         20   to do this legally.
         21        MR. FIELDS:  Yeah.
         22        COURTLAND:  We're going to protect -- we're
         23   going to protect you, we're going to protect your
         24   credit, your income, your home, your assets,
         25   everything.
00198:01        MR. FIELDS:  Mm-hmm.
         02        COURTLAND:  And legally they can't even talk to
         03   you.  They'd be -- they'd get themselves in big
         04   trouble because once that letter goes out from the
         05   attorney -- in about six weeks, eight weeks, by the
         06   way.
         07        MR. FIELDS:  Mm-hmm.
         08        COURTLAND:  The attorney -- listen, this is the
         09   best part.  You need to hear me carefully.  We'll
         10   work out the finances.  And it's important that we
         11   cover the details because I don't want you to hang
         12   up and go, I should have asked him this.  I should
         13   have asked him that.
         14        MR. FIELDS:  I understand.
         15        COURTLAND:  Once that letter goes out to
         16   Wyndham and they see that you have Timeshare
         17   Compliance representing you, the -- both, and they
         18   see you have legal counsel --
         19        MR. FIELDS:  Mm-hmm.
         20        COURTLAND:  -- they know the party's over.
         21   Because we already have several hundred cases with
         22   them.
         23        MR. FIELDS:  Mm-hmm.
         24        COURTLAND:  We've already won several hundred
         25   cases with them.
00199:01        (Audio stopped.)
         02   BY MR. QUINN:
         03        Q.   Does Timeshare Compliance represent timeshare
         04   owners?
         05        A.   No.
```

**6. PAGE 200:13 TO 201:24  (RUNNING 00:01:26.342)**

```
         13        Q.   Let's listen to clip 4.
         14        (Audio played.)
         15        COURTLAND:  This letter is going to stipulate
         16   if they -- they're going to say you need to cancel
         17   the contract for Ruth and James Fields or else we're
         18   going to sue you.
         19        MS. FIELDS:  Mm-hmm, okay.
         20        COURTLAND:  And none of our cases ever go to
         21   trial because it's too risky for Wyndham to go to
         22   trial because they know they're going to lose.  And
```

**Wyndham - Carlsbad**

```
        23    if they lose this case, they're going to lose every
        24    one of the several hundred cases we have.  They know
        25    that.  And it goes viral.
00201:01         MR. FIELDS:  All right.
        02         COURTLAND:  So Wyndham happens to be, like, a
        03    $9 billion company.  They're very big, by the way.
        04         MR. FIELDS:  Oh, yeah, yeah.
        05         COURTLAND:  But only one attorney can speak in
        06    the courtroom at a time.  But not one of our cases
        07    have ever gone to trial, ever.  Never ever because
        08    we settle them.  And when you get that settlement
        09    that you're legally and permanently out of this
        10    contract -- this is a very serious problem that you
        11    have.  I don't know if you understand that.
        12         MR. FIELDS:  Oh, yeah.
        13         COURTLAND:  It's more serious than --
        14         (Audio stopped.)
        15    BY MR. QUINN:
        16         Q.   Isn't that clip indicating that by them signing
        17    up they're actually receiving an attorney that's going
        18    to litigate and file a lawsuit?
        19         A.   Well, once it goes to the attorneys and it's
        20    out of his hands and by the time that client would have
        21    got to the attorney, the attorney's not going to sign an
        22    engagement letter until the client has a very clear
        23    understanding of what's going to take place going
        24    forward.
```

**7. PAGE 203:11 TO 205:13  (RUNNING 00:01:42.799)**

```
        11         Q.   Let's listen to clip 5.
        12         (Audio played.)
        13         COURTLAND:  -- 2,000, we only have a balance of
        14    4108.
        15         MR. FIELDS:  Mm-hmm.
        16         COURTLAND:  And in 30 days can you come up
        17    with -- and the reason why, because I'm going to put
        18    you on payments.  And there's no interest for
        19    90 days.  I want you to pay as much as you can
        20    within the 90 days, and I'll work out payments for
        21    you.  I can go up to, you know, 24 months, but you
        22    don't want to go that far out.  And obviously you're
        23    not going to be making payments to them and payments
        24    to us because that makes no sense.  Does that make
        25    sense?
00204:01         MR. FIELDS:  Yeah.
        02         (Audio stopped.)
        03    BY MR. QUINN:
        04         Q.   What did Courtland mean payments to them and
        05    payments to us?
        06         A.   I guess I would assume if they're not going to
        07    continue making payments it's up to them.
        08         Q.   Let's listen to clip 6.
        09         (Audio played.)
        10         COURTLAND:  It will take us about six weeks,
        11    eight weeks to prepare this case.
        12         MS. FIELDS:  Okay.
        13         COURTLAND:  And once we prepare the case, we
        14    file the case.  Once we file the case, we will hand
        15    to the attorney -- imagine a big envelope, a big
        16    folder with all your stuff in there, the contract,
        17    the letter of explanation, and everything we've
        18    prepared.  We're going to hand it off to an attorney
        19    and the attorney -- then we're going to file the
        20    case.
        21         Once we file the case, legally we have to have
        22    a direct relationship between you and the attorney.
```

**Wyndham - Carlsbad**

```
      23     The attorney is going to send Wyndham sort of -- not
      24     exactly a cease and desist letter, but a letter that
      25     basically is going to outline they need to cancel
00205:01     the contract because now they're -- now we're going
      02     to file a lawsuit against them.
      03          MS. FIELDS:  Okay.
      04          COURTLAND:  Because -- for elder abuse.  They
      05     lied to you.  They pressured you.  Unethical sales
      06     practices.  Misrepresentations.  And we have it
      07     documented because we interviewed you already.
      08          MR. FIELDS:  Okay.
      09          COURTLAND:  And they know because not only the
      10     fact that you have Timeshare Compliance representing
      11     you, but you have an attorney that's going to send
      12     them a letter.  Our legal team already knows their
      13     legal team.  Let's just put it that way.
```

**8.  PAGE 205:25 TO 207:11  (RUNNING 00:01:28.408)**

```
      25          COURTLAND:  So you don't need to worry about
00206:01     that right now though.  What we need to get you --
      02     get you -- what we need to focus on is getting you
      03     on board, getting me those documents so I can start
      04     preparing this case, and we can shut your payments
      05     down, et cetera, et cetera.  Does that make sense.
      06          MS. FIELDS:  Yes.  So when will the payments be
      07     shut down?  You know, when everything starts getting
      08     in motion.
      09          COURTLAND:  That's a great question.  Great
      10     question.  Okay.  So, again, the call is recorded,
      11     and sometimes my legal team will listen to the call.
      12     And I cannot legally tell you, as I mentioned to you
      13     in the very beginning of how we started speaking
      14     today.  I'm not --
      15          MS. FIELDS:  Yeah, yeah, no attorney questions.
      16          COURTLAND:  I can't answer legal questions.
      17          MS. FIELDS:  Right.
      18          COURTLAND:  I'd be lying to you and it's not --
      19     it's not ethical.
      20          MS. FIELDS:  Okay.
      21          COURTLAND:  And the reason why we have an
      22     A-plus rating with the Better Business Bureau, which
      23     is accredited, and the reason why our clients
      24     literally -- they think we walk on water is because
      25     we're extremely transparent, and there's no
00207:01     fuzziness in our communication.
      02          MS. FIELDS:  Mm-hmm.
      03          COURTLAND:  As you can tell.  I'm very specific
      04     and very direct.
      05          MS. FIELDS:  Mm-hmm.
      06          COURTLAND:  Because I've handled a few hundred
      07     of these, and I don't know it all, but I know what
      08     I'm talking about to protect you two nice people.
      09     And you need -- you need -- and I'm going to say
      10     this gracefully.  You need to head for the nearest
      11     exit.
```

**9.  PAGE 208:15 TO 208:19  (RUNNING 00:00:14.462)**

```
      15          COURTLAND:  And if there's any time that could
      16     be more serious than now, and I really need you to
      17     focus what I'm saying.  This coronavirus -- this
      18     coronavirus I guarantee you is going to affect your
      19     maintenance fee --
```

**10.  PAGE 209:10 TO 209:25  (RUNNING 00:00:32.180)**

```
      10          COURTLAND:  So assuming we could do that, are
```

**Wyndham - Carlsbad**

```
11      we ready to move forward?
12          MR. FIELDS:  Let's see.  What else -- what else
13      do we have to do?
14          MS. FIELDS:  256.08?
15          COURTLAND:  That's it.  That's it.  That's it,
16      256.08.  And then obviously -- in the abundance of
17      caution, obviously once that letter goes out from
18      the attorney, the attorney was going to tell you --
19      not me -- he's going to say stop making payments.
20          MS. FIELDS:  Okay.
21          COURTLAND:  Does that make sense?
22          MR. FIELDS:  Okay.
23          COURTLAND:  And not one of our client's credit
24      has ever been compromised if that's what you're
25      thinking about right now.
```

**11.  PAGE 214:17 TO 215:09  (RUNNING 00:00:45.610)**

```
17              COURTLAND:  I really need you to focus with me
18      for a minute.  The only reason why I'm doing this
19      with you is because I want you to just hear me out.
20      It's very hard to fake a positive review on the
21      Better Business Bureau.  Running a national
22      commercial on television for the past -- going on
23      eight years on the major networks, it's very
24      difficult to run a commercial on TV without being
25      checked out by the people that matter, if you
00215:01 understand that.
02          MR. FIELDS:  That's true.
03          COURTLAND:  They have looked -- they have
04      looked under our hood many, many times, and we've
05      passed with flying colors.  You can't fake an A-plus
06      rating with the Better Business Bureau.  You can't
07      run a national commercial nationwide, you can't fake
08      positive reviews, and we have never lost a case in
09      the history of the company.  Now --
```

**12.  PAGE 217:09 TO 217:24  (RUNNING 00:00:41.000)**

```
09              COURTLAND:  I really need you to focus with me
10      for a minute.  The only reason I'm doing this with
11      you is because I want you to just hear me out.  It's
12      very hard to fake a positive review on the Better
13      Business Bureau.  Running a national commercial on
14      television for the past -- going on eight years on
15      the major network.  It's very difficult to run a
16      commercial on TV without being checked out.
17          (Audio stopped.)
18  BY MR. QUINN:
19      Q.  The company has only been in business since
20      2016, right?
21      A.  Right.
22      Q.  So the company hasn't even been in business for
23      eight years.
24      A.  Yeah, I don't know where he got that.
```

**13.  PAGE 218:01 TO 219:04  (RUNNING 00:00:56.248)**

```
00218:01        (Audio played.)
02          COURTLAND:  We're never going to do anything to
03      compromise our reputation.
04          MR. FIELDS:  Okay.  Well -- well, with that
05      said, and looking at the -- and looking again at the
06      information because I looked at it earlier --
07          COURTLAND:  Yeah.
08          MR. FIELDS:  -- I'm not ready to sign off on
09      this thing.
10          COURTLAND:  There you go.  I'm only doing it
```

**Wyndham - Carlsbad**

```
       11      for your benefit, James.
       12           MR. FIELDS:  I understand.
       13           COURTLAND:  I just want to protect you and get
       14      you out of this mess.  And I --
       15           MR. FIELDS:  I understand.  And I'll tell you
       16      that the -- the honesty with which you've come
       17      forward with all this information, I really
       18      appreciate that.  I just need to make sure that I
       19      was doing the right thing --
       20           COURTLAND:  James --
       21           MR. FIELDS:  -- for me and Ruth.
       22           COURTLAND:  -- you want to hear something
       23      crazy?  Ruth?  Since we started speaking until now,
       24      my daughter knocked on my door five minutes ago and
       25      brought me a bag of cookies.  She's sitting right in
00219:01      front of me.  Do you think I'm going to -- do you
       02      think I'm going to lie to you in front of my
       03      daughter, James?
       04           MS. FIELDS:  I hope not.
```

**14. PAGE 219:18 TO 219:19  (RUNNING 00:00:06.990)**

```
       18      Q.   The next audio I'd like to play is from Pandora
       19      289727.  And we'll start with clip 1.
```

**15. PAGE 219:21 TO 220:04  (RUNNING 00:00:12.857)**

```
       21           SUSANNE:  Hello?
       22           MR. OTTO:  Yes, hello.  Is this Susanne?
       23           SUSANNE:  This is.
       24           MR. OTTO:  Hi, this is Taylor Otto calling with
       25      Timeshare Compliance.  How's your day going?
00220:01           (Audio stopped.)
       02      BY MR. QUINN:
       03      Q.   Who is Taylor Otto?
       04      A.   He's an analyst.
```

**16. PAGE 220:09 TO 220:12  (RUNNING 00:00:12.443)**

```
       09      Q.   Would he be using the -- an analyst call script
       10      during this call?
       11      A.   I mean, he'd be basically going by the script,
       12      I would imagine, yes.
```

**17. PAGE 224:22 TO 225:06  (RUNNING 00:00:18.750)**

```
       22           MR. OTTO:  -- that you -- I can hear it that
       23      you're ready to get out of this thing.
       24           SUSANNE:  Mm-hmm.
       25           MR. OTTO:  You know, you can keep calling
00225:01      around to different companies.  You can do whatever
       02      you'd like.  But I can tell you that if we take this
       03      case, we will get you legally and permanently out
       04      and we'll preserve your credit during that time.
       05      Okay.
       06           SUSANNE:  Okay.
```

**18. PAGE 228:02 TO 228:11  (RUNNING 00:00:23.250)**

```
       02           MR. OTTO:  All right.  Do you have any kids?
       03           SUSANNE:  Grown, yes.
       04           MR. OTTO:  Okay.  Are you aware that if you
       05      don't get out of the timeshare it automatically goes
       06      to them when you're gone?
       07           SUSANNE:  I didn't realize it automatically
       08      went to them, no.
       09           MR. OTTO:  It's automatically transferred
       10      through the estate to your kids and then they're on
       11      the hook for the maintenance fees forever.
```

**Wyndham - Carlsbad**

**19. PAGE 231:15 TO 232:04  (RUNNING 00:00:46.025)**

```
        15   Q.    Let's play clip 7.
        16         (Audio played.)
        17         MR. OTTO:  Okay.  So here's the choices that
        18   you have, okay.  Choice number one is you keep on
        19   doing what you're doing and keep paying about $500 a
        20   month for the next ten years, which comes out to
        21   $57,000.
        22         Choice number two is you hire someone like us
        23   to stop this and put it behind you once and for all.
        24   So just remember, we are a consumer advocate
        25   company, and even if we can't take your case, you
00232:01   can always use us as a point of reference.  Just
        02   know this:  That if I decide to take your case and
        03   submit it to one of our law firms, we will get you
        04   out of your timeshare agreement legally --
```

**20. PAGE 235:06 TO 235:11  (RUNNING 00:00:18.940)**

```
        06         MR. OTTO:  We also went over the three reasons
        07   on why we're taking your case, which you just read
        08   out loud.  We don't take every case.  There's lots
        09   of cases that we decline, but of the cases we take,
        10   we have never lost a single case.  And you can quote
        11   me on that.  These calls are recorded.
```

**21. PAGE 238:25 TO 241:17  (RUNNING 00:03:09.633)**

```
        25         MR. OTTO:  Okay.  So because of the way that we
00239:01   do our business, your cost with us is only a
        02   fraction of your obligation.  This is the place
        03   where, every time, my clients are unbelievably happy
        04   and they are relieved.  Do you have your pen and
        05   paper handy?
        06         SUSANNE:  I do.
        07         MR. OTTO:  Okay.  So our service fee to get you
        08   out of this timeshare legally and permanently
        09   forever and to preserve your credit, because I know
        10   you don't want your credit going down the drain,
        11   right?
        12         SUSANNE:  Mm-hmm.
        13         MR. OTTO:  Our total service fee is going to be
        14   $9,898.  So it's a fraction of what you owe.  And
        15   that includes the credit preservation service.  Now,
        16   the next part of this is very important so I'm going
        17   to say this to you, and if you have any questions,
        18   I'll answer all of them at the end.
        19         By law we must have a direct relationship
        20   between you and the attorney.  So in about 30 days
        21   when the attorney reaches you, you're going to write
        22   the attorney a separate check for $750.  That
        23   completes the loop of the attorney-client
        24   relationship.
        25         Now, here's the most important part.  Once the
00240:01   attorney sends out a letter to your developer,
        02   you're out of your timeshare because nobody should
        03   be contacting you whatsoever.  That letter is going
        04   to tell the developer that they're only allowed to
        05   talk to our company and our attorney that is going
        06   to be representing this case.
        07         So in a short period of time, Susanne, you'll
        08   be done with your developer, you're not making any
        09   more payments while we're getting you out, and your
        10   credit is preserved.  Is that the outcome that
        11   you're looking for?
        12         SUSANNE:  Yes.
```

**Wyndham - Carlsbad**

```
        13            MR. OTTO:  Any questions at all?
        14            SUSANNE:  Well, not right now.  Let me see.
        15       I'm writing down some stuff.  Let me see.
        16            MR. OTTO:  Take your time.
        17            SUSANNE:  You gave me the cost.  Kind of
        18       guarantee.  Guaranteed to get out of it.
        19            MR. OTTO:  Mm-hmm.
        20            SUSANNE:  You've had 100 percent success with
        21       getting people out.  What happens if you don't?  You
        22       deal with Wyndham so I'm going to --
        23            MR. OTTO:  Yes.  We have never lost a single
        24       case.  We're very, very familiar with Wyndham.
        25            SUSANNE:  Okay.
00241:01            (Audio stopped.)
        02       BY MR. QUINN:
        03            Q.   Did you hear where Taylor Otto said there that
        04       she's guaranteed to get out?
        05            A.   Well, she said it, and he should have stopped
        06       her right there.
        07            Q.   And he also indicated to her that as soon as
        08       she signed up she wasn't going to have to have anymore
        09       payments; isn't that right?
        10            A.   Well, yeah.  I did hear that.  I'm not sure
        11       what -- you know, if he -- if something was said at the
        12       beginning of the call or whatever, but yeah.  They have
        13       to make that decision.
        14            Q.   Is it true that as soon as the attorney sends a
        15       letter to Wyndham, the timeshare owner is out of the --
        16       out of the contract?
        17            A.   No.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:16:38.797)**