## Wyndham - Carlsbad

## Llauger, Courtland (Vol. 01) - 03/25/2021

1 CLIP (RUNNING 00:12:23.908)

UPDATED

**CL-0325-0000822** **20 SEGMENTS (RUNNING 00:12:23.908)**

**1. PAGE 8:22 TO 8:24 (RUNNING 00:00:05.090)**

Q Sir, can you please state your full name for the record.
A Courtland Llauger.

**2. PAGE 36:08 TO 36:10 (RUNNING 00:00:06.680)**

Q Okay. So you're a senior analyst at Timeshare Compliance?
A Yes.

**3. PAGE 51:02 TO 51:12 (RUNNING 00:00:49.290)**

Q (BY MR. QUINN:) After you sign up the customer, do you have any ongoing responsibilities yourself? Do you yourself have any ongoing responsibilities to that customer after they're signed up, or is that someone else in the company?
A I'm responsible to share --
Q You're responsible --
A I don't have any responsibilities beyond when we sign on a client other than to make sure they provide us a copy of the contract from the developer and a letter. Other than that, no.

**4. PAGE 52:21 TO 52:22 (RUNNING 00:00:04.367)**

Q (BY MR. QUINN:) Can you tell me approximately how much you made with Timeshare Compliance in 2020?

**5. PAGE 53:04 TO 53:06 (RUNNING 00:00:02.636)**

THE WITNESS: 150.
Q (BY MR. QUINN:) 150,000?
A Yes.

**6. PAGE 56:14 TO 56:19 (RUNNING 00:00:20.200)**

Q So as an analyst, you may receive a performance bonus, a commission, and a SPIF; is that right?
A Sometimes.
Q Okay. And is it accurate that your commission would be based partly upon your total sales?
A Typically, yes.

**7. PAGE 59:25 TO 60:11 (RUNNING 00:00:37.630)**

My question was: You said that you help get people out of the timeshares. Other than sending the facts to the attorneys, is there anything else that Timeshare Compliance does that you've seen?
A Yes. We encourage, recommend, and suggest to help you get out of the timeshare contract.
Q You encourage the owners to get out of the timeshare contract?
A Absolutely.
Q And you suggest to the timeshare owners that they should get out of the timeshare contract?
A That's what I do.

**8. PAGE 98:03 TO 98:16 (RUNNING 00:00:35.060)**

The portion that you read where you said, "Here's the most important part... Once the attorney contacts your developer, you are out of your timeshare because nobody should be contacting you whatsoever. So in a short period of time, you are done with the developer, you're not making any more payments." Have you seen that language before in a script?
A I may have.
Q And have you stated that to timeshare owners in the sales presentation that you've been a part of?
A I may have.
Q And when you were doing that, were you doing that because it was on the script?
A I may have.

**9. PAGE 104:10 TO 104:22 (RUNNING 00:00:37.790)**

Q Have you ever heard of the law firm called Carlsbad Law Group?
A Yes.
Q Who is the attorney for that firm?
A I don't recall.
Q Have you ever heard of the name Sean Slattery?
A Yes.
Q Is that one of the attorneys that clients get referred to?
A It may. I don't know. I've heard. I think I've met Sean. Uh-huh.
Q How many times have you met him?
A Once, maybe three times.

**10. PAGE 106:22 TO 107:09 (RUNNING 00:00:45.640)**

Q So you testified a moment ago, you said that you have met Sean Slattery a few times?
A Uh-huh.
Q Where did you meet him?
A I think he was in the office a couple of times.
Q Was he present for a specific meeting that you were attending?
A No. I saw him -- I was introduced to him just kind of walking by.
Q Okay. And what did you and Mr. Slattery discuss?
A Hi, I'm Courtland, you're Sean, nice to meet you.
Q Was Mr. Slattery introduced to all of the analysts?
A Maybe. I don't know.

**11. PAGE 109:01 TO 109:03 (RUNNING 00:00:09.540)**

Q So the only attorney that Timeshare Compliance refers customers to that you have met is Sean Slattery?
A Yes.

**12. PAGE 124:14 TO 125:04 (RUNNING 00:00:54.230)**

Q (BY MR. QUINN:) Why do you believe it's unethical to tell a timeshare owner to stop making payments?
MR. PARK: Objection.
You can answer.
THE WITNESS: Why do I believe it's unethical? It's not the right advice.
Q (BY MR. QUINN:) Why not?
A That's like, I guess, me to tell you to stop making the credit card payments on your Visa. Same thing, it's not the right advice.
Q Is it because there might be consequences to stopping payment?

00125:01
A Absolutely. It could ruin their credit, et cetera.
Q Have you told owners on these calls to stop making payments?
A I may have.

**13. PAGE 128:10 TO 129:16 (RUNNING 00:01:28.720)**

Q Do you recall ever telling any client what you believe the attorney would advise them to do regarding stopping payment?
A I may have.
Q Have you done that on multiple calls?
A I may have.
Q And what did you say?
A I don't remember.
(The following is a transcription of an audiorecording:)
SPEAKER2: And then obviously, out of abundance of caution, obviously once that letter goes out to the attorney, the attorney was going to tell you, not me, he going to say to stop making payments. Does that make sense?
SPEAKER1: Okay.
00129:01
SPEAKER2: And not one of our client's credit has ever been compromised, if that's what you're thinking about right now.
(Live proceedings resumed as follows:)
Q (BY MR. QUINN:) Is that true that not one of Timeshare Compliance's client's credit has ever been compromised?
A I don't know. I don't recall.
Q What was the basis for you making that statement?
A I don't remember.
Q As you sit here today, do you know if that's true, that no one's credit has ever been compromised?
A I cannot recall at all if that is a fact.
Q Is the credit protection service, is that included as something you would discuss on these sales calls?
A We typically talk about that as an option.

**14. PAGE 141:04 TO 141:11 (RUNNING 00:00:26.955)**

Q Do you know who Robert and Ruth Brown are?
A No.
Q No?
A Doesn't ring a bell. I talk to lots of people. And we're talking over a year ago.
Q Ten months ago.
A I've had hundreds and hundreds of conversations since then.

**15. PAGE 142:02 TO 142:05 (RUNNING 00:00:08.790)**

SPEAKER4: Yes. Hi. Is this Robert?
SPEAKER5: Yes.
SPEAKER4: Hello, Robert. My name is Courtland. I'm calling from Timeshare Compliance.

**16. PAGE 142:11 TO 142:18 (RUNNING 00:00:21.110)**

SPEAKER4: Before we get started, what kind of outcome are you looking to accomplish today regarding your timeshare nightmare with Wyndham?
(Live proceedings resumed as follows:)
Q (BY MR. QUINN:) That language, "the timeshare nightmare," is that language that comes from the call script?
A It may, yeah.

**17. PAGE 143:22 TO 144:06 (RUNNING 00:00:27.840)**

SPEAKER4: I do have good news. I did study your case. I've been studying your case for about a day. I personally handled over 1,000 Wyndham contracts.

(Live proceedings resumed as follows:)

Q (BY MR. QUINN:) When you say you personally handled over 1,000 Wyndham contracts, what were you referring to?

A May have handled, touched them, felt them. Who knows? I don't know what you're referring to. We have a lot of Wyndham files.

**18. PAGE 145:04 TO 145:06 (RUNNING 00:00:09.690)**

Okay. All right. Now, let me share a couple of things with you which is important which is only fair for me to share with both of you. And we're about eight years

**19. PAGE 148:10 TO 149:18 (RUNNING 00:02:06.170)**

I'm playing Clip 8 of the Brown recording.

(The following is a transcription of an audiorecording:)

SPEAKER4: Now that you two know you have a choice, you can continue making payments and keep your abusive lifetime relationship with the Wyndham timeshares, or you can hire someone like us and stop this and put this behind you once and for all. Remember, we are a consumer advocate company. Even if we cannot take your case, you can always utilize me or us as a point of reference. Just so you know, if I decide to take your case and submit it to one of our law firms, we will get you out of your timeshare agreements legally and permanently forever. Is that the result that you're looking for, Robert?

SPEAKER5: Yes. Very wonderful.

SPEAKER4: What about you, Rose?

SPEAKER6: Yes.

SPEAKER4: Okay. Now, I want to tell you both reasons as to why we are taking your case. We here at Timeshare Compliance don't take every case. You've heard me say that many times. We're consumer advocates. We've never lost a single case. We have won every case we've taken.

(Live proceedings resumed as follows:)

MR. QUINN: Clip 9.

(The following is a transcription of an audiorecording:)

SPEAKER4: Now, this part is very important. The next part is very important. I'm going to say this to you, and you if you have any questions, I will answer them at the end. By law, we must have a direct relationship between you and the attorney, so in about 30 days when the attorney reaches you, you must write the attorney a separate check or payment in the amount of $750. Write that down. Plus $750.

**20. PAGE 150:19 TO 152:04 (RUNNING 00:02:06.480)**

SPEAKER4: And that completes the loop of the attorney-client relationship. But here's the most important part. Once the attorney contacts Wyndham, your developer, you're out of your contracts because nobody should be contacting you whatsoever. We have found that when clients do not make payments, we get them out faster. I am not an attorney. I cannot ethically, legally tell you not to make payments, and I am not telling you not to make payments. The attorney will tell you that.

(Live proceedings resumed as follows:)

Q (BY MR. QUINN:) The attorney that you're referring to, are you referring to the attorneys that receive referrals from Timeshare Compliance?

A I don't really -- I really don't know how to answer that question so -- and now that I'm listening to this recording, obviously there's a lot of things on this specific clip that you just paid -- played. You know, I don't know the entire context of that conversation. However, based on what I just heard, we -- our clients are assigned to an attorney. What attorney, where they are, who they are, I don't know.

MR. QUINN: Let me continue Clip 9.

(The following is a transcription of an audiorecording:)

SPEAKER4: I am not an attorney. I cannot ethically, legally tell you not to make payments, and I am not telling you not to make payments. The attorney will tell you that. And in a short period of time you're done with Wyndham. You're not making any more payments, and your credit is preserved. Is that the outcome that you're both looking for today?

SPEAKER6: Yes.

00152:01 SPEAKER4: Okay.

SPEAKER6: We're so fearful of ruining our credit.

SPEAKER4: Robert, how about you?

SPEAKER5: Same results.

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:12:23.908)