**Wyndham - Carlsbad**

 **Otto, Taylor (Vol. 01) - 03/26/2021**                     **1 CLIP  (RUNNING 00:11:17.149)**

 UPDATED



**TO-0326-0000809**                **30 SEGMENTS  (RUNNING 00:11:17.149)**

**1. PAGE 8:09 TO 8:11  (RUNNING 00:00:05.020)**

```
09      Q     Sir, can you please state your full name for the
10   record?
11      A     Taylor Blake Otto.
```

**2. PAGE 22:23 TO 23:01  (RUNNING 00:00:14.950)**

```
23      Q     When you started with Timeshare Compliance in
24   December of 2018, did you start out as an analyst or did
25   you have some other position?
00023:01   A     Started as an analyst.
```

**3. PAGE 27:15 TO 27:24  (RUNNING 00:00:31.570)**

```
15      Q     So is that the cash that's been collected that
16   specific month for contracts that you've helped people
17   enter into?
18      A     Correct, yes.  So if you look at the right-hand
19   column, there's 30 total contracts about an average of
20   $5,000 per contract, if my math is right, yeah.
21      Q     And so for just this month alone, August 2019,
22   the top ten, there's a grand total of $572,000 in cash
23   collected that month?
24      A     It would appear that way, yes.
```

**4. PAGE 61:20 TO 61:24  (RUNNING 00:00:19.850)**

```
20      Q     What do you -- for 2020, do you know what you
21   averaged each month in compensation?
22      A     I believe about 25,000.
23      Q     You averaged about $25,000 a month?
24      A     I believe so.
```

**5. PAGE 62:21 TO 62:25  (RUNNING 00:00:20.790)**

```
21      Q     In 2020, where did you rank in terms of analysts,
22   in terms -- in terms of your overall volume?
23      A     I believe I was Number 1.
24      Q     So you were the top analyst in 2020?
25      A     Yes.
```

**6. PAGE 65:19 TO 65:24  (RUNNING 00:00:18.390)**

```
19      Q     When you are on these calls with the timeshare
20   owner, if the timeshare owner decides to move forward and
21   sign up with Timeshare Compliance, would it be typical for
22   you to sign them up and have them sign the contract while
23   they're on the phone?
24      A     Yes.
```

**7. PAGE 72:14 TO 72:17  (RUNNING 00:00:16.730)**

```
14      Q     The contracts that you assist timeshare owners in
15   signing, have they all had this addendum to them called
16   "The Client Understanding."  Do you see that?
17      A     Yes.
```

**CONFIDENTIAL**

EXHIBIT 3       **page 1**

**Wyndham - Carlsbad**

---

**8. PAGE 73:03 TO 73:06 (RUNNING 00:00:11.932)**

```
03  me what this means?
04      A    What this would mean is that there are different
05  forms of how the resolution can come about.  And it
06  explains each form in 4.2A, if you want to go to that.
```

**9. PAGE 73:11 TO 73:15 (RUNNING 00:00:13.510)**

```
11      Q    So like a deed in lieu of foreclosure or release,
12  things like that?
13      A    I'm not knowledgeable with all the different
14  types of forms.  I know that all the ones you just said
15  exist, but it's more outlined in 4.2.8.
```

**10. PAGE 74:22 TO 75:02 (RUNNING 00:00:17.690)**

```
22      Q    All right.  So I was asking you a question about
23  this client understanding form, and you gave me your
24  explanation as to the first paragraph.  And so I want to
25  play for you a clip of the call recording of Suzanne
00075:01  Miller, who is a witness who we deposed earlier in this
02  case.  I'll play that for you now.
```

**11. PAGE 75:18 TO 75:25 (RUNNING 00:00:19.030)**

```
18      THE WITNESS:  So Number 1, there's a few different
19  forms you fill out.  We do it for you, so you don't have
20  to do it.  That's Number 1.  Any questions on that?
21      A:  The one that says, "I/we understand the release of
22  my" that?
23      THE WITNESS:  Yes, so it's, basically, many forms.
24  Yeah, I'm just kind of reiterating it for you.
25      A:  Yep.
```

**12. PAGE 76:04 TO 76:07 (RUNNING 00:00:15.380)**

```
04      Q    Now, wasn't your explanation of that first
05  paragraph on the call with Suzanne Miller vastly different
06  from what you just showed us and told us about?
07      A    How so?
```

**13. PAGE 77:25 TO 78:16 (RUNNING 00:00:35.360)**

```
25      Q    Okay.  Here's what you told Suzanne Miller.
00078:01      (Clip playing.)
02      THE WITNESS:  So Number 1, there's a few different
03  forms that we fill out.  We do it for you so you don't
04  have to do it.  That's Number 1.  Any questions on that?
05      A:  The one that says, "I/we understand the release of
06  my" that?
07      THE WITNESS:  Yes.  So it's, basically, many forms.
08  Yeah, I'm just kind of reiterating it for you.
09      A:  Yeah.
10      THE WITNESS:  Okay.  Number 2 --
11      (Clip stopped.)
12  BY MR. QUINN:
13      Q    Do you recognize that there's a difference there
14  between what you told me your understanding of that
15  paragraph was and what you actually told Suzanne Miller?
16      A    Yeah, that's something I need to correct.
```

**14. PAGE 95:13 TO 95:14 (RUNNING 00:00:04.270)**

```
13      THE WITNESS:  Hi, Vernon.  It's Taylor Otto calling.
14      A:  Oh.
```

**15. PAGE 95:22 TO 96:11 (RUNNING 00:00:53.130)**

```
22      THE WITNESS:  Now, here's the most important part:
```

## Wyndham - Carlsbad

```
        23  Once the attorney sends out a letter to your developer,
        24  you're out of your Timeshare because nobody should be
        25  contacting you whatsoever.  That letter is going to tell
00096:01  Wyndham that they're only allowed to talk to our company
        02  and our attorney that is going to be representing this
        03  case.
        04       You're also going to call your credit card
        05  company and have them put a stop pay or a do not honor on
        06  the card so they don't keep pulling money out of that
        07  every month, so you'll stop the bleeding on that.
        08       So in a short period of time, you'll be done with
        09  the developer, you're not making any more payments, and
        10  your credit is preserved so you can get this house that
        11  you've always wanted.
```

**16. PAGE 96:21 TO 96:23  (RUNNING 00:00:07.780)**

```
        21    Q    The part about you're not making any more
        22  payments to the developer, that's the same on every call?
        23    A    Usually.
```

**17. PAGE 99:08 TO 99:14  (RUNNING 00:00:21.537)**

```
        08       THE WITNESS:  Right.  And that's why clients use our
        09  company, Vernon, because they want their credit preserved
        10  when they're not making payments.  So we enroll you in the
        11  credit preservation program which is able to restore your
        12  credit, and they do sweeps.  So if they try to put it on
        13  your credit, we're able to take it off, so your credit is
        14  preserved during this time.
```

**18. PAGE 102:24 TO 103:02  (RUNNING 00:00:10.680)**

```
        24    Q    Have you ever met Sean Slattery?
        25    A    I've heard of his name.  I think I've maybe seen
00103:01  him in the office, but I don't believe I personally said
        02  hello to his face.
```

**19. PAGE 103:23 TO 104:04  (RUNNING 00:00:14.050)**

```
        23    Q    Do you have the number for Carlsbad Law Group?
        24    A    Yes.
        25    Q    Okay.  If a client -- perspective client wanted
00104:01  to actually speak with the law firm before signing up for
        02  the service, could they do that?
        03    A    I've done that before.  I've given the number
        04  out.
```

**20. PAGE 105:09 TO 105:11  (RUNNING 00:00:07.709)**

```
        09       THE WITNESS:  Hi, Seletha.  This is Taylor Otto
        10  calling with Timeshare Compliance.  How are you?
        11    A:  I'm good, Taylor.  How are you?
```

**21. PAGE 105:24 TO 106:20  (RUNNING 00:00:54.530)**

```
        24    A:  I have one question.
        25       THE WITNESS:  Sure.
00106:01    A:  Am I talking to an attorney?
        02       THE WITNESS:  You are not talking to an attorney.
        03  This is a free consultation.  If you want to speak to an
        04  attorney, I can definitely transfer you over, but they
        05  charge $400 an hour.
        06    A:  Whew.  That's why I'm asking the question because
        07  I was wondering if you was going to ask -- tell me in a
        08  little bit that I owed you something.
        09       THE WITNESS:  No, you don't owe me anything.  I'm
        10  actually better than an attorney, because I'm actually the
        11  one that decides which cases we take, and then the
```

**Wyndham - Carlsbad**

```
12   attorney does the work.
13        (Clip stopped.)
14 BY MR. QUINN:
15   Q    If he said, "Yes," he wanted to be transferred to
16 an attorney, what attorney would you transfer him to?
17   A    Either McCroskey Legal or Carlsbad Law Group.
18   Q    And would you have the capability to transfer
19 that call right from where you were?
20   A    What I would do -- short answer, yes, yes.
```

**22. PAGE 119:09 TO 119:22  (RUNNING 00:00:42.471)**

```
09        THE WITNESS:  You know, when you're at the last page
10 which is client understanding.
11   A:  We're there.
12        THE WITNESS:  Okay.  I'm going to read these to you.
13 So Number 1, there's a few different forms that we have to
14 fill out.  We do it for you so you don't --
15        (Clip stopped.)
16 BY MR. QUINN:
17   Q    Again, similar to the Miller once with that
18 client understanding, Number 1, where you testified that
19 there's many different forms of resolution.  Do you see
20 here where, once again, with the Robertson's you said
21 something different than what you testified to?
22   A    Absolutely.
```

**23. PAGE 121:24 TO 122:09  (RUNNING 00:00:38.880)**

```
      24        THE WITNESS:  Now, here's the most important part:
      25 Once the attorney contacts Wyndham, you're out of your
00122:01 timeshare because nobody should be contacting you
      02 whatsoever.  So in a short period of time you'll be done
      03 with the developer, you're not making any more payments.
      04 We find it easier and we get you out faster when you're
      05 not making those payments to your timeshare, so you would
      06 save that 550 a month.
      07   A:  What happens if for some reason, has it ever been
      08 a time when people have paid these service fees and
      09 everything and they did not get out of this contract?
```

**24. PAGE 122:24 TO 123:04  (RUNNING 00:00:20.540)**

```
      24        THE WITNESS:  That's a really good question.  The
      25 answer is no, and I'll tell you why.  We are very careful
00123:01 with who we take.  We are not a sales organization.  So we
      02 only take cases with misrepresentation.  Because of that,
      03 we've never lost a single case.  You can quote me on that.
      04 These calls are recorded.
```

**25. PAGE 128:16 TO 128:17  (RUNNING 00:00:03.870)**

```
16        THE WITNESS:  Yes, hello.  Is this Barry?
17   A:  Barry, yes.
```

**26. PAGE 133:18 TO 133:23  (RUNNING 00:00:16.340)**

```
18   A:  I have to pay it all up front?
19        THE WITNESS:  Well, what a lot of clients will do is
20 they'll put it on a credit card, and then they'll take the
21 money that their paying their timeshare each month, and
22 since they're not playing that, they'll use that to pay
23 you've off the credit --
```

**27. PAGE 134:04 TO 134:24  (RUNNING 00:00:52.410)**

```
04   A:  I can put down 800.
05        THE WITNESS:  Oh, that's going to be a little short.
06 The minimum is 1,500.
```

**Wyndham - Carlsbad**

```
07      A:  Yikes.
08      THE WITNESS:  Yeah.  Yeah, the attorney won't start
09 the case for the 800.  I'm sorry.
10          (Clip stopped.)
11 BY MR. QUINN:
12      Q    Did you say, "The attorney wouldn't take the --
13 wouldn't start the case for $800"?
14      A    We can't start the work on the process, which
15 means it won't go to the attorney.  So in essence, the
16 attorney can't start until there's a minimum down.
17      Q    And $800 is not enough?
18      A    No.
19      Q    How much --
20      A    That's for our processing payment.
21      Q    How much is the attorney paid?
22      A    From what I know so far is that the 750 goes
23 directly to the attorney, and I don't know if we pay them
24 extra or not.  That's not my department.
```

**28.  PAGE 135:24 TO 136:11  (RUNNING 00:00:24.360)**

```
      24      THE WITNESS:  And then let me know when you're at the
      25 last page, which is called "Client Understanding."
00136:01      A:  I'm there.
      02      THE WITNESS:  Okay.  I'm going to go over these with
      03 you, all right?  So Number 1, it says there's a few
      04 different forms that you have to fill out.  We do it for
      05 you.  You don't have to do it.
      06          (Clip stopped.)
      07 BY MR. QUINN:
      08      Q    Again, this is another call where you misstated
      09 what actually that first paragraph was about; is that
      10 right?
      11      A    Yes.
```

**29.  PAGE 158:12 TO 158:15  (RUNNING 00:00:08.490)**

```
      12      THE WITNESS:  Yes, can you hear me, Susan?
      13      A:  Yes, I can now.
      14      THE WITNESS:  Okay, wonderful.  Yes, this is Taylor
      15 Otto calling with Timeshare Compliance.
```

**30.  PAGE 164:14 TO 165:08  (RUNNING 00:00:55.900)**

```
      14      THE WITNESS:  Let me explain to you the process of
      15 what happens.
      16      A:  Okay.
      17      THE WITNESS:  Once you pay -- once we send over the
      18 service agreement to you, we would review that together.
      19 Then what we do is we process your file.  Then we have to
      20 compile your documents and get the case prepped.  Then in
      21 about three to four weeks we send this case to the
      22 attorney.  The attorney then sends a letter to the
      23 developer.  That letter basically stops them from
      24 contacting you anymore.
      25      A:  Okay.
00165:01      THE WITNESS:  So you're not making any payments,
      02 you're not using the timeshare, and they're not contacting
      03 you.  So in essence, you're already out.
      04          But to get this formal cancellation letter
      05 showing you that you're out, it can take about a year, so
      06 between six and 18 months.  That is correct.  You are not
      07 out of your timeshare in 30 days.  It takes 30 days for
      08 the attorney to send the letter to the developer.
```