**Case Clip(s) Detailed Report**
Tuesday, October 18, 2022, 1:16:06 PM

# Wyndham - Carlsbad

---

 **Wilson, William (Vol. 01) - 08/27/2020 [4224261]**    1 CLIP  (RUNNING 00:17:06.112)

 UPDATED

```
   WW-0827-0001517              34 SEGMENTS  (RUNNING 00:17:06.112)
```


**1. PAGE 15:17 TO 15:19 (RUNNING 00:00:06.463)**

```
        17    Q.   Sir, could you please state your full name for
        18  the record?
        19    A.   William Wilson.
```

**2. PAGE 18:10 TO 18:19 (RUNNING 00:00:24.440)**

```
        10    Q.   So, Mr. Wilson, what is your title at Pandora
        11  Marketing?
        12    A.   Managing member.
        13    Q.   Are you an owner of the company?
        14    A.   Yes.
        15    Q.   What other owners are there of Pandora
        16  Marketing?
        17    A.   Rich Folk.
        18    Q.   So you and Mr. Folk are the only two owners?
        19    A.   Correct.
```

**3. PAGE 19:07 TO 19:17 (RUNNING 00:00:39.780)**

```
        07    Q.   When was Pandora Marketing first created?
        08    A.   It was a shelf company.  We purchased it 2016,
        09  I believe.  Or maybe 2015, but I think it was '16.
        10    Q.   When you say a shelf corporation, do you mean a
        11  company that was preexisting that you bought from a
        12  company that offers -- that sells shelf corporations?
        13  Is that what you mean?
        14    A.   Correct.
        15    Q.   All right.  And was that a shelf corporation
        16  that was preexisting in Wyoming?
        17    A.   That's correct.
```

**4. PAGE 19:22 TO 20:01 (RUNNING 00:00:16.750)**

```
        22    Q.   All right.  So as we talk today, if I use the
        23  words Timeshare Compliance, I can use that
        24  interchangeably with Pandora Marketing, LLC; is that
        25  right?
    00020:01    A.   Correct, it's the same.
```

**5. PAGE 21:05 TO 21:07 (RUNNING 00:00:08.550)**

```
        05    Q.   Yeah.  Do you know any operations that Pandora
        06  Marketing, LLC, had prior to 2016?
        07    A.   No, I do not.
```

**6. PAGE 40:15 TO 40:17 (RUNNING 00:00:09.680)**

```
        15    Q.   The analysts, have they been authorized to have
        16  timeshare owners sign contracts via DocuSign?
        17    A.   That's correct.
```

**7. PAGE 40:25 TO 41:04 (RUNNING 00:00:11.760)**

```
        25    Q.   Are the calls with the analysts recorded?
    00041:01    A.   Yes, they are.
        02    Q.   Are all calls that come into Timeshare
        03  Compliance recorded?
        04    A.   To my knowledge they are.
```

Case Clip(s) Detailed Report
Tuesday, October 18, 2022, 1:16:06 PM

## Wyndham - Carlsbad

**8. PAGE 49:04 TO 49:07 (RUNNING 00:00:18.920)**

```
04     Q.   Let me ask you, the credit repair companies
05  that Timeshare Compliance has done business with, who
06  made the decision to work with those companies?
07     A.   That would be Rich and I.
```

**9. PAGE 50:02 TO 50:04 (RUNNING 00:00:09.068)**

```
02     Q.   All the analysts ultimately report to you,
03  correct?
04     A.   Correct, ultimately.
```

**10. PAGE 54:16 TO 54:20 (RUNNING 00:00:26.449)**

```
16     Q.   Okay.  What are the attorneys that Timeshare
17  Compliance uses right now to refer clients to?
18     A.   McCroskey and Carlsbad Law Group.
19     Q.   Are those the only two?
20     A.   Currently.
```

**11. PAGE 68:02 TO 68:03 (RUNNING 00:00:06.758)**

```
02     Q.   I'm going to show you what we'll mark as
03  Exhibit 4.  You see that document?
```

**12. PAGE 68:20 TO 68:22 (RUNNING 00:00:08.460)**

```
20     Q.   It says:  We have a 100 percent success rate in
21  terminating timeshare contracts.  See that?
22     A.   Yes.
```

**13. PAGE 71:07 TO 71:14 (RUNNING 00:00:25.160)**

```
07     Q.   Well, what it says here is:  We have a
08  100 percent success rate in terminating timeshare
09  contracts.
10     A.   I testified what I thought that meant.
11     Q.   All right.  So you would agree with me that
12  Timeshare Compliance does not terminate 100 percent of
13  timeshare contracts?
14     A.   Yes.
```

**14. PAGE 98:07 TO 98:11 (RUNNING 00:00:12.730)**

```
07     Q.   Okay.  Did Mr. Slattery ever go to you or to
08  anyone else at Timeshare Compliance and say, These are
09  the guidelines in terms of how you can advertise legal
10  services?
11     A.   We don't advertise legal services.
```

**15. PAGE 99:01 TO 99:04 (RUNNING 00:00:17.000)**

```
00099:01     Q.   Okay.  In any way, in any form whatsoever, has
     02  Mr. Slattery placed any restriction upon Timeshare
     03  Compliance as to what can be said in its advertisements?
     04     A.   No, not that I recall.
```

**16. PAGE 99:10 TO 99:14 (RUNNING 00:00:15.250)**

```
10     Q.   To the extent that you were advertising legal
11  services, do you believe that the lawyers you're working
12  with should have given you some guidance as to what it
13  was that you could say or couldn't say?
14     A.   We didn't advertise legal services.
```

**17. PAGE 99:20 TO 100:06 (RUNNING 00:00:35.884)**

```
20     Q.   Okay.  Let me ask you about that because you
21  keep saying that you don't advertise legal services; is
22  that right?
```

```
          23      A.   We're not attorneys.  We don't legal -- we
          24 don't advertise legal services.
          25      Q.   Okay.  So what do you advertise?
 00100:01      A.   We use -- we use attorneys and the consumer use
          02 attorneys.
          03      Q.   So what are you advertising other than the
          04 attorneys' services?
          05      A.   That's vague.  We're a timeshare exit company,
          06 but it's vague what you're asking.
```

**18. PAGE 101:13 TO 102:07 (RUNNING 00:01:22.841)**

```
          13      Q.   So you gather the information and you send them
          14 to a lawyer; is that right?
          15      A.   We gather the information and then they call
          16 the attorney, they will engage with the attorney,
          17 they'll sign an engagement letter or retainer with the
          18 attorney.  Then the attorney will ask us for the
          19 information that we gathered and then we send that over
          20 to the attorneys, and then attorneys take it from there.
          21      Q.   Are the attorneys providing legal services?
          22      A.   Yes.
          23      Q.   What is it that Timeshare Compliance does to
          24 get a timeshare owner out of a timeshare other than what
          25 the attorney does?
 00102:01      A.   The attorney provides the resolution.
          02      Q.   And that's what you're advertising is the
          03 ability to get a resolution from your timeshare, right?
          04      A.   Yeah, get resolution.
          05      Q.   Okay.  So you're advertising an outcome that is
          06 being provided by the lawyers, correct?
          07      A.   We -- yes.
```

**19. PAGE 112:13 TO 113:01 (RUNNING 00:00:43.800)**

```
          13      Q.   Yeah, when you -- when you -- I say "you," I
          14 mean the company Timeshare Compliance.  When Timeshare
          15 Compliance decides to engage with a law firm, there's a
          16 discussion that would take place regarding what the
          17 compensation would be, right?
          18      A.   Correct.
          19      Q.   Okay.  And you would have been involved in
          20 those conversations, I assume?
          21      A.   I may or may -- I may or may not have.  Again,
          22 Rich, myself, other attorneys, other attorneys talk to
          23 attorneys, I talk to attorneys, Rich talk to attorneys.
          24 And, you know, just to be frank with you, we're in
          25 communication with our attorneys a few times a week
 00113:01 about all our business.
```

**20. PAGE 114:17 TO 114:20 (RUNNING 00:00:14.740)**

```
          17      Q.   So, for instance, with Carlsbad Law Group, what
          18 was the amount that you -- that you and Mr. Slattery
          19 agreed would be paid to his law firm per client?
          20      A.   I believe it was 600.
```

**21. PAGE 151:13 TO 151:16 (RUNNING 00:00:09.350)**

```
          13      Q.   Who owns Tradebloc?
          14      A.   Tim Clark.
          15      Q.   Have you ever met with him?
          16      A.   I have.
```

**22. PAGE 154:13 TO 154:14 (RUNNING 00:00:07.960)**

```
          13           Who is Angela Consalvo?
          14      A.   She's a lady with Tradebloc.
```

## Wyndham - Carlsbad

**23. PAGE 154:24 TO 154:25 (RUNNING 00:00:05.910)**

```
24      Q.   Are you familiar with her company?
25      A.   She has a company that she did open up.
```

**24. PAGE 159:01 TO 160:04 (RUNNING 00:01:51.460)**

```
00159:01      Q.   Were you aware that National Credit Rehab
     02  submitted police reports on behalf of clients of
     03  Timeshare Compliance?
     04      A.   I don't have their -- their process.
     05      Q.   The question was:  Are you aware?
     06      A.   I heard of it, but I can't say that I actually
     07  know that that was the case.  I haven't seen any
     08  reports, or police reports --
     09      Q.   Who did you hear of it from?
     10      A.   -- at any time.
     11      Q.   Who did you hear of it from?
     12      A.   I believe Tim Clark.
     13      Q.   So when you heard about it from Tim Clark that
     14  that's what they were doing, did you ever express any
     15  reservation about doing that?
     16      A.   I think Tim and I had a conversation a long
     17  time ago, and when he asked what I -- we talked about a
     18  criminal -- I mean, a police report.  I asked -- I asked
     19  Tim was it criminal or when you do a -- a police report
     20  does that mean that it's criminal or not.  And I believe
     21  his response was that the police reports, if they're not
     22  criminal, then the -- it would be civil and then it
     23  would have to be handled through the court of law as a
     24  civil matter.  I believe that's what he told me.
     25  Something to that effect.
00160:01      Q.   Are you aware that in some instances these
     02  timeshare owners were not even told that a police report
     03  was being filed on their behalf?
     04      A.   Again, I don't -- I didn't know their process.
```

**25. PAGE 160:17 TO 161:01 (RUNNING 00:00:30.990)**

```
     17      Q.   So my question earlier was whether or not you
     18  ever told Tim Clark that he should stop doing -- stop
     19  filing police reports.  Did you tell him to stop filing
     20  police reports or not?
     21      A.   I remember having the conversation and I
     22  testified of what I remember about the conversation.
     23      Q.   All right.  So you don't have any recollection
     24  of telling him to stop doing that, correct?
     25      A.   I don't have recollection that they -- that's
00161:01  what he was doing.
```

**26. PAGE 221:23 TO 221:25 (RUNNING 00:00:17.049)**

```
     23      Q.   I'm going to show you what we've marked -- we
     24  are marking as Exhibit 22.  It's titled "Service
     25  Agreement."  First page is Bates stamped Pandora 010908.
```

**27. PAGE 222:17 TO 223:05 (RUNNING 00:01:02.110)**

```
     17      Q.   Is there any other agreement that Timeshare
     18  Compliance has with Sean Slattery other than this
     19  agreement?
     20      A.   Not that I know of.
     21      Q.   Has the terms of the relationship changed in
     22  any way regardless of what's reflected on the agreement?
     23      A.   Yes.
     24      Q.   Please describe that.
     25      A.   I believe in this agreement it was $600 per
00223:01  client, and now it's 750 per client.
     02      Q.   For a typical transaction what would be an
```

```
             03   average amount that an analyst would quote a timeshare
             04   owner?
             05        A.   4- or 5,000.
```

### 28. PAGE 223:15 TO 223:18 (RUNNING 00:00:20.520)

```
             15        Q.   Now, regardless of what Timeshare Compliance
             16   charges the owner, the amount paid to Mr. Slattery
             17   remains the same; is that right?
             18        A.   Correct.
```

### 29. PAGE 224:08 TO 224:12 (RUNNING 00:00:19.980)

```
             08        Q.   When did it change from Timeshare Compliance
             09   paying Mr. Slattery to the clients paying Mr. Slattery
             10   directly?
             11        A.   Probably a year into it.  Not to be exact, but
             12   somewhere in that neighborhood.
```

### 30. PAGE 225:09 TO 225:12 (RUNNING 00:00:11.940)

```
             09        Q.   Okay.  So when -- when he signed that agreement
             10   in 2017, was it still Timeshare Compliance's procedure
             11   to pay the lawyer directly?
             12        A.   Correct.
```

### 31. PAGE 229:24 TO 230:04 (RUNNING 00:00:16.510)

```
             24        Q.   Is Mr. Slattery actively taking new clients
             25   from Timeshare Compliance?
    00230:01        A.   Yes.
             02        Q.   Is he actively taking new clients from the
             03   Resort Advisory Group?
             04        A.   Yes, I believe so.
```

### 32. PAGE 235:15 TO 236:13 (RUNNING 00:01:27.850)

```
             15        Q.   Were you involved in the discussions about how
             16   much Del Mar Law Group would receive per client?
             17        A.   I was.
             18        Q.   How was that determined?
             19        A.   It was determined on -- it was determined on
             20   how much -- determined on how much an average
             21   transaction is and then what the average profit margin
             22   is based on if it would even be doable for the attorney
             23   to do it.
             24        Q.   All right.  Was there any specific
             25   calculations, like you wanted a certain profit margin?
    00236:01        A.   Well, the way we calculate it was, you know, on
             02   a volume basis.  So, like, if a client would walk into
             03   an attorney's office and it was a one-on-one,
             04   Mr. Slattery could charge them thousands of dollars,
             05   tens of thousands of dollars, you know, to do legal
             06   work.  Because the volume that we did between that and
             07   calculating the average price, that determined what the
             08   fee was.
             09        Q.   So you're saying that because he didn't need to
             10   meet with people in person for this type of work because
             11   it was volume work, that you could charge -- he would be
             12   willing to receive less?  Is that basically it?
             13        A.   Yes.
```

### 33. PAGE 273:23 TO 274:05 (RUNNING 00:00:26.830)

```
             23        Q.   Have you ever had any conversations with
             24   Mr. Slattery regarding the services provided -- the
             25   credit repair services being provided?
    00274:01        A.   We've had conversation.  Not a lot of
             02   conversation.  Not much.
```

## Wyndham - Carlsbad

```
            03        Q.    But he's aware that the clients are receiving
            04   some form of credit repair, right?
            05        A.    He is.
```

**34. PAGE 279:25 TO 281:15 (RUNNING 00:02:43.170)**

```
            25        Q.    Does Pandora Marketing tell timeshare owners
   00280:01   that they can stop payments once they sign up with the
            02   company?
            03        A.    What Pandora says is keep making your payments
            04   until you confer with your attorney.  Also, they may say
            05   that the attorneys have more success when they don't
            06   make their payments because it gives the attorney more
            07   leverage and --
            08        Q.    Is one of the ways -- I'm sorry.  Were you
            09   finished or do you want to continue?
            10        A.    Yeah, any variation of -- close to what I just
            11   said.
            12        Q.    Has that always been Timeshare Compliance's
            13   practice?
            14        A.    To my knowledge it has been.
            15        Q.    Is one of the sales techniques that the
            16   analysts use to get the people to make the purchase and
            17   pay the fees is to say that part of the service is that
            18   they can stop making their payments once they speak with
            19   a lawyer?
            20             MR. VINE:  Objection.
            21             THE WITNESS:  Is it possible that they've said
            22        it?  It's possible.  But what I said to you prior in
            23        my answer is the attorneys get better results
            24        receiving resolution when they stop paying their
            25        payments.
   00281:01   BY MR. QUINN:
            02        Q.    Have you had any conversations with any of the
            03   lawyers regarding what would be sent to the clients
            04   regarding the issue of stopping payments?
            05        A.    Yeah, I have.
            06        Q.    All right.  And what have those lawyers said?
            07        A.    So I had a conversation with Sean and there's
            08   many clients that stop making their payments far before
            09   they get to us, and there's many clients that aren't
            10   making payments because it's paid off.
            11             So we had a conversation on the ones that stop
            12   making payments prior to us, the ones that are --
            13   continue to make payments.  And that out of that
            14   conversation that's where I got we get better resolution
            15   when the clients don't make payments.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:17:06.112)**