# Wyndham - Carlsbad

 **Krieck, Jason (Vol. 01) - 07/01/2021**     1 CLIP  (RUNNING 00:15:46.541)

 UPDATED

JK-0701-0000808     21 SEGMENTS  (RUNNING 00:15:46.541)     

**1. PAGE 8:08 TO 8:18  (RUNNING 00:00:29.630)**

```
       08       Q    Sir, can you please state your full name for
       09  the record.
       10       A    Jason Krieck.
       11       Q    Mr. Krieck, my name is Michael Quinn.  As you
       12  may know, I represent the Plaintiffs Wyndham in this
       13  action.  We're here today to take the deposition of the
       14  corporate representative for Intermarketing Media, LLC,
       15  doing business as Resort Advisory Group.
       16            Are you the designated corporate
       17  representative for this entity?
       18       A    Yes, sir.
```

**2. PAGE 17:07 TO 17:09  (RUNNING 00:00:10.420)**

```
       07       Q    Okay.  So just to try to simplify this, RAG
       08  has its own brand, per se, correct?
       09       A    Yes, sir.
```

**3. PAGE 17:14 TO 17:23  (RUNNING 00:00:32.885)**

```
       14       Q    During this period where as -- as you said,
       15  you were under the umbrella of Timeshare Compliance, TSC
       16  or Pandora, however you want to describe them, those
       17  customers that may have come in through the RAG brand,
       18  per se, were then filtered through the exact same system
       19  that Pandora was using for its -- its own brand,
       20  Timeshare Compliance?
       21       A    Pretty much, yeah.  We -- we adopted a lot of
       22  their -- their processes, procedures, so on and so
       23  forth --
```

**4. PAGE 18:24 TO 19:06  (RUNNING 00:00:27.910)**

```
       24       Q    Understood.  Okay.  So as an example, we've
       25  seen -- or we've heard like these audio recordings of
   00019:01  sales calls.  And we've seen, as an example, Taylor
       02  Otto, who's an analyst, make sales calls as part of
       03  Timeshare Compliance.  And it's my understanding that he
       04  also would have made calls on behalf of RAG; is that
       05  true?
       06       A    Yes, sir.
```

**5. PAGE 82:24 TO 83:02  (RUNNING 00:00:12.165)**

```
       24       Q    How's it determine how much to charge a
       25  customer?
   00083:01       A    It's usually -- it's usually a -- a
       02  percentage.
```

**6. PAGE 83:13 TO 83:21  (RUNNING 00:00:33.700)**

```
       13       Q    Is it typically one-third of the loan balance?
       14       A    Or -- or less, but some- -- it usually falls
       15  somewheres right in that -- right in that ballpark.
       16       Q    Okay.  Is there any max that the analyst can
       17  charge?
       18       A    Is there any max?
```

## Wyndham - Carlsbad

```
            19      Q    Yeah.
            20      A    I -- I generally don't want them going over a
            21  third.
```

**7. PAGE 89:15 TO 90:14  (RUNNING 00:01:44.500)**

```
            15      Q    What are the pros and cons of stopping payment
            16  that you would explain in a sales pitch?
            17      A    The -- you know, if -- oh, God.  They -- if
            18  they continue, you know, to -- to make their payments
            19  the -- you know, whoever the referred attorney may be,
            20  it could take them a lot longer versus -- you know, and
            21  this -- this is kind of -- I -- I'm -- I'm going back,
            22  you know, years ago the -- when in my opinion the
            23  attorney model worked a little bit better.
            24           But we -- we would tell them, you know, that
            25  it would get the developer's attention a lot quicker if
   00090:01  you weren't making payments, something -- something of
            02  that sort.  It's been -- it's been quite a while, Mike.
            03      Q    That sort of advice, is that something that
            04  was cleared with the attorneys that you were referring
            05  to?
            06      A    I -- I want to say I believe so, yeah.  I
            07  mean, the attorneys that we referred to understand, you
            08  know, what we're saying to -- to get these people, you
            09  know, to them.  So we try to be as transparent as
            10  possible so the attorneys fully understand, you know,
            11  what we're saying so they -- they're, you know,
            12  basically saying -- saying the same thing.  And if
            13  there's something we needed to change, we'd certainly do
            14  it.
```

**8. PAGE 114:05 TO 114:19  (RUNNING 00:00:55.630)**

```
            05      Q    Okay.  Well, we -- we talked earlier about
            06  the -- that as a general measure RAG was charging
            07  customers approximately a third of whatever their loan
            08  balance was, right?
            09      A    Correct.
            10      Q    And so, for instance, if a customer had a
            11  $10,000 loan or a $100,000 loan, it was typically around
            12  a third of whatever that amount was?
            13      A    Cor- -- correct, yeah.
            14      Q    Okay.  But for the client -- the
            15  $10,000-loan-balance client and the
            16  $100,000-loan-balance client, for them the amount of
            17  money that was going to the attorney was the same; is
            18  that true?
            19      A    For their -- yeah, for the most part.
```

**9. PAGE 142:07 TO 142:08  (RUNNING 00:00:05.589)**

```
            07      Q    All right.  This is -- I'm going to play a few
            08  clips from Intermarketing-Wyndham80039.  And for
```

**10. PAGE 142:15 TO 142:17  (RUNNING 00:00:04.313)**

```
            15           MS. GOMEZ:  Hello?
            16           MR. GUARD:  Hi, Ms. Gomez.  Walter Guard,
            17      Resort Advisory Group.  How are you?
```

**11. PAGE 145:05 TO 145:07  (RUNNING 00:00:05.060)**

```
            05      Q    Do you recognize that as Mr. Walter Guard's
            06  voice?
            07      A    I -- I think so, yeah.
```

## Wyndham - Carlsbad

**12. PAGE 146:17 TO 147:07  (RUNNING 00:00:38.060)**

```
          17              MR. GUARD:  What did you find out about us?
          18         What was the number one thing?  This is why
          19         everybody hires us.
          20              MS. GOMEZ:  I guess you do the job.
          21              MR. GUARD:  Well, that's one way to say it.
          22         We have 100 percent success rate over the last
          23         eight years in all of these cases.
          24              MS. GOMEZ:  Okay.
          25              MR. GUARD:  And that's with us taking on about
00147:01         ten to 15 new cases a day.
          02              MS. GOMEZ:  Um-hum.
          03              (Audio recording stopped)
          04    BY MR. QUINN:
          05         Q    Do you agree that RAG has a 100 percent
          06    success rate and taking on ten to 15 new cases a day?
          07         A    No.
```

**13. PAGE 151:20 TO 151:21  (RUNNING 00:00:05.030)**

```
          20         Q    Now, let me continue on, he talks a little
          21    about fees.
```

**14. PAGE 152:07 TO 154:01  (RUNNING 00:02:21.009)**

```
          07              MR. GUARD:  7,150, 7,150.  Now, this next part
          08         is very important so let me say this to you, and if
          09         you have any questions I'll answer them at the end.
          10         By law we must have a direct relationship between
          11         you and the attorney.  So in about 30 days when the
          12         attorney is assigned to your case, you must write
          13         the attorney a separate check for $750.
          14              That is the retainer fee for the attorney.
          15         That also completes the loop of attorney-client
          16         relationship, and it gives you attorney-client
          17         privilege and protection.  But here's the most
          18         important part.  Once the attorney contacts
          19         Wyndham, the burden of this timeshare is off your
          20         shoulders.
          21              From that point your attorney is representing
          22         you fighting to get this contract terminated.  They
          23         will send what's called an engagement letter to
          24         Wyndham.  This will let Wyndham know that you two
          25         have hired an -- a law firm to represent you, and
00153:01         from that point forward Wyndham cannot contact you
          02         anymore.
          03              They're going to send a cease and desist
          04         letter out.  That prevents them from calling you,
          05         harassing you for payments, you are done talking
          06         with them.  Everything goes from the attorneys at
          07         that time, okay?
          08              So in a very short period of time you're done
          09         dealing with Wyndham, you're not making any more
          10         payments, you're putting that 5,500 back in your
          11         pocket every year.
          12              MS. GOMEZ:  Um-hum.
          13              MR. GUARD:  Okay?  So that's the entire case
          14         from start to finish.  Let me go over any questions
          15         in reference to --
          16              (Audio recording stopped)
          17    BY MR. QUINN:
          18         Q    Do you agree with what he stated there?
          19         A    No, not totally.  I mean, there's -- there's
          20    some of it that -- that, yeah, it was -- it was totally
          21    off.  I mean, there's a couple of things that were right
          22    but --
```

## Wyndham - Carlsbad

```
           23     Q    This concept that as soon as the attorney
           24  contacts Wyndham that they're out of their timeshare,
           25  you disagree with that?
00154:01          A    Yeah.
```

### 15. PAGE 155:10 TO 156:07  (RUNNING 00:00:55.030)

```
           10           (Audio recording playing)
           11           MR. GUARD:  I'm glad you asked that question.
           12      If it -- now, it's -- obviously the retainer fee,
           13      there's no way the attorneys can do this case for
           14      $750, let's just be honest.  Yeah, there -- there
           15      will be --
           16           MS. GOMEZ:  That's why I asked.
           17           MR. GUARD:  There will be more fees from the
           18      attorneys as this case progresses.  The reason why
           19      people hire us is no matter how much those fees
           20      are, they are paid by Timeshare Compliance, they
           21      are not paid by you.  That guarantees --
           22           MS. GOMEZ:  Oh, great.
           23           MR. GUARD:  -- the amount that you two pay,
           24      the 7,800 -- or 7,900, I'm sorry, for -- yeah,
           25      7,900, that is --
00156:01           MS. GOMEZ:  Yeah.
           02           MR. GUARD:  -- all you pay.
           03           (Audio recording stopped)
           04  BY MR. QUINN:
           05     Q    Isn't that just false?
           06     A    There is some -- yeah, there's some false
           07  statements there.
```

### 16. PAGE 169:12 TO 170:05  (RUNNING 00:00:36.120)

```
           12     Q    I'm going to skip part of this just to save us
           13  some time, but I want to play -- this is
           14  Intermarketing-Wyndham 80042.
           15           (Audio recording playing)
           16           MR. REESE:  Hello?
           17           MR. KING:  Yes.  Good afternoon, Mr. Reese.
           18           MR. REESE:  Hello?
           19           MR. KING:  Mr. Reese, hello?
           20           MR. REESE:  Yeah.  Hello, I'm here.
           21           MR. KING:  Okay.  Luke King with Resort
           22      Advisory Group again.  How are you today, sir?
           23           MR. REESE:  All right.  How you doing?
           24           MR. KING:  I am well.  Are both you -- Lucy
           25      and you at home right now?
00170:01           MR. REESE:  Yep, we're right here.
           02           (Audio recording stopped)
           03  BY MR. QUINN:
           04     Q    Do you recognize Luke King's voice?
           05     A    Oh, vaguely, yeah.
```

### 17. PAGE 173:12 TO 175:13  (RUNNING 00:02:27.704)

```
           12           MR. KING:  So because you have --
           13           MS. REESE:  All right.
           14           MR. KING:  -- this huge -- because you have
           15      this huge debt on the loan, we need to use our
           16      credit restoration program, which is going to
           17      ensure that they didn't go destroy your credit, and
           18      the 550 covers that, okay?
           19           MR. REESE:  Okay.
           20           MR. KING:  You will -- you will also pay
           21      $17.99 per person per month for our credit
           22      monitoring program, which allows us to track your
           23      credit and see if ever they reported anything
           24      negative to the creditors, which we then can
```

```
         25       dispute and get it swept off.
00174:01              Now hear me closely.  This is when you get to
     02       stop making payments to the developer.  You won't
     03       be paying them that $600 a month.
     04            MS. REESE:  Effective when?
     05            MR. KING:  Immediately.  You're going to call
     06       the bank and stop your automatic payments.
     07            MS. REESE:  Okay.
     08            MR. KING:  So legally and ethically, Lucy, I
     09       can't tell Mr. and Mrs. Reese to stop making their
     10       payments, put but once we take your case that is
     11       what our clients do, they stop paying the developer
     12       completely.
     13            MS. REESE:  Okay.
     14            MR. KING:  So that $7,300 that you've already
     15       committed to pay them this year you're going to put
     16       towards getting you out of this and not deeper in
     17       the hole for something you're never going to use.
     18            (Audio recording stopped)
     19  BY MR. QUINN:
     20       Q    Do all of RAG's clients stop making their
     21  payments?
     22       A    No.
     23       Q    Do most of them?
     24       A    I'd say a -- a large percentage end up
     25  doing -- end up not making them.  There's also a pretty
00175:01  good percentage that are not making them by the time
     02  they get to us, too, especially when --
     03       Q    So do you -- the next file I wanted to send to
     04  you or show you, it's a few clips from -- this is Walter
     05  Guard again.  This is Intermarketing-Wyndham80045.
     06            (Audio recording playing)
     07            CATHERINE:  Hello?
     08            MR. GUARD:  Hi, good morning.  Is this
     09       Catherine?
     10            CATHERINE:  This is Catherine.
     11            MR. GUARD:  Hi, Catherine.  Walter Guard,
     12       Resort Advisory Group.  How are you this morning?
     13            CATHERINE:  I'm doing well.  How are you?
```

**18. PAGE 177:07 TO 177:17  (RUNNING 00:00:22.963)**

```
     07            MR. GUARD:  Okay.  And -- 'cause I know where
     08       you're going.  You -- you're going to be asking
     09       do I have to continue making payments during this
     10       process.
     11            CATHERINE:  Yes.
     12            MR. GUARD:  Okay.  So legally I can't tell
     13       anyone what to do with their payments, okay?
     14       Every -- every client that hires us makes that
     15       decision on your own.  That being said, every
     16       client who hires us stops making their payments
     17       immediately.
```

**19. PAGE 178:12 TO 179:08  (RUNNING 00:00:45.203)**

```
     12            (Audio recording playing)
     13            CATHERINE:  Okay.
     14            MR. GUARD:  So because of that --
     15            CATHERINE:  Okay.
     16            MR. GUARD:  -- that -- and believe it or that
     17       helps the case.
     18            CATHERINE:  Okay.
     19            MR. GUARD:  So because of that we highly
     20       recommend -- in fact, it's -- it's voluntary, I
     21       think it should be mandatory -- that during this
     22       process -- do you have any type of credit
```

**Wyndham - Carlsbad**

```
            23      monitoring or credit restoration company you work
            24      with now?
            25              CATHERINE:  I just use like a Credit Karma
00179:01    just to see where my credit is going, but that's
            02      about it.
            03              MR. GUARD:  Okay.  So you can use them.  We
            04      recommend a company called UDP, it stands for
            05      United Doc Prep.  What you would do is you would
            06      pay them $18 a month to monitor your credit.  Then
            07      if Wyndham did ding your credit, they can scrub it
            08      off your credit report.
```

**20.  PAGE 179:19 TO 180:23  (RUNNING 00:01:15.950)**

```
            19              MR. GUARD:  So let's go through the fees,
            20      okay?  There's two fees to this case; it's the
            21      service fee and then the attorneys.  So write this
            22      number down.
            23              CATHERINE:  Okay.
            24              MR. GUARD:  The service fee for your case is
            25      $9,850.  That handles the entire case from start to
00180:01    finish --
            02              CATHERINE:  Okay.
            03              MR. GUARD:  -- okay?  Now, by law you must
            04      have a direct relationship between you and the
            05      attorney.  So in about 60 days when the attorneys
            06      are assigned to your case, when they reach out to
            07      you, you're going to have to write a separate check
            08      to them for $750.
            09              CATHERINE:  Okay.
            10              MR. GUARD:  That -- that will complete the
            11      loop between you and the attorney for the
            12      attorney-client relationship.
            13              CATHERINE:  Okay.
            14              MR. GUARD:  Now, this is the most important
            15      part.  Once the attorney sends out a letter to your
            16      developer, you are out of your timeshare, because
            17      nobody should be contacting you whatsoever.
            18              (Audio recording stopped)
            19  BY MR. QUINN:
            20      Q    Is it true that once the attorney sends a
            21  letter to Wyndham, that the client is out of their
            22  timeshare?
            23      A    Mr. Quinn, you've already asked me this.  No.
```

**21.  PAGE 187:18 TO 188:11  (RUNNING 00:00:57.670)**

```
            18              CATHERINE:  So what happ- -- so what happens
            19      with those payments when I just stop payment on
            20      them?
            21              MR. GUARD:  You're going to have an attorney
            22      representing you.  They're going to send out what's
            23      called an engagement letter to Wyndham.  That
            24      engagement letter will let them know you've hired a
            25      law firm set -- to represent you.
00188:01            It'll also send a cease and desist order which
            02      prevents them from contacting you.  Every time they
            03      contact you after that cease and desist order goes
            04      out, it's a $1,000 fine to Wyndham.
            05              CATHERINE:  Oh, okay.
            06              MR. GUARD:  Okay?
            07              CATHERINE:  Okay.
            08              MR. GUARD:  So you're -- that's what you're
            09      hiring the attorneys to do is -- is to get you out
            10      of this mess, resolve this contract so you're done
            11      with it.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:15:46.541)**