# Wyndham - Carlsbad

 **Tim Clark**　　　　　　　　　　　　　　　　　　　　　　　　　1 CLIP  (RUNNING 00:13:04.337)

 Sir, can you please state your full name for ...

　-1230-0000708-001　　　　26 SEGMENTS  (RUNNING 00:13:04.337)　　　

**1. PAGE 7:08 TO 7:10  (RUNNING 00:00:06.050)**

```
    08        Q.   Sir, can you please state your full name for
    09   the record?
    10        A.   Timothy Dwight Clark.
```

**2. PAGE 9:06 TO 9:07  (RUNNING 00:00:04.505)**

```
    06        Q.   What companies do you own?
    07        A.   I own a company named Tradebloc, Inc.,
```

**3. PAGE 9:15 TO 9:19  (RUNNING 00:00:13.458)**

```
    15        Q.   What types of product or service does Tradebloc
    16   provide?
    17        A.   We're a credit and debt management company.
    18        Q.   How long has Tradebloc been in business?
    19        A.   Four years.
```

**4. PAGE 11:01 TO 11:18  (RUNNING 00:00:55.310)**

```
 00011:01        Q.   Do you know specifically when in 2017 you would
    02   have opened up Tradebloc?
    03        A.   I think it was March of 2017.  And I closed
    04   Credit Guard, I think, December of 2016.  There was about
    05   a two- to three-month gap.
    06        Q.   Have you ever heard of the company Pandora
    07   Marketing, LLC?
    08        A.   Yes.
    09        Q.   What do you know about that company?
    10        A.   That's the -- it is the corporate name for
    11   Timeshare Compliance.  It's owned by Rich Folk and Bo
    12   Wilson, based out of Irvine, California.  I believe now
    13   it's Laguna.
    14        Q.   Do you personally know Rich Folk or Bo Wilson?
    15        A.   Yes.
    16        Q.   How do you personally know them?
    17        A.   I've known them for about seven years, Bo on a
    18   professional level, Rich on a more personal level.
```

**5. PAGE 12:12 TO 12:25  (RUNNING 00:00:39.940)**

```
    12        Q.   At the time that you met Rich and Bo, was --
    13   and I'll refer to Pandora Marketing, LLC, throughout the
    14   deposition just as "Timeshare Compliance," just so we're
    15   clear.
    16             At the time that you first met Rich and Bo, was
    17   Timeshare Compliance yet in business?
    18        A.   No.
    19        Q.   Do you know what Rich and Bo -- or did they
    20   tell you what they were doing at that time?
    21        A.   They were doing a travel club.  They were doing
    22   what's called podium, a travel club where they go
    23   conference room to conference room in different cities.
    24   And they owned -- the company's name was EPG.  I believe
    25   it was called Empowerment Group.
```

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　EXHIBIT 6　page 1

## Wyndham - Carlsbad

**6. PAGE 14:18 TO 14:20  (RUNNING 00:00:09.022)**

```
18        Q.   Was it your observation that the people that
19   showed up at these EPG meetings were timeshare owners?
20        A.   They were all timeshare owners.
```

**7. PAGE 17:14 TO 17:24  (RUNNING 00:00:28.850)**

```
14        Q.   What did they -- what did they discuss
15   specifically with regard to their interests -- timeshare
16   interest?
17        A.   They didn't discuss at the podium, the
18   presentation.  But at the sales table after the
19   presentation, you know, if a client would say "Well, I
20   don't think I can afford that $7,000 travel club because
21   I already have a timeshare," they would go ahead and say
22   "Well, what if we can get you out of your interest of
23   your timeshare?  Would you be able to afford the travel
24   club?"  And that's how it started.
```

**8. PAGE 18:03 TO 18:08  (RUNNING 00:00:12.700)**

```
03        Q.   Okay.  So if that's what they were telling
04   people that they could do, they could get them out,
05   how -- did you observe how it was that they actually got
06   people out of the timeshare?
07        A.   They know that they can just default them out,
08   and there would be no repercussion.
```

**9. PAGE 18:14 TO 18:22  (RUNNING 00:00:24.480)**

```
14        Q.   All right.  When you say defaulted out, do you
15   mean if the timeshare owner were to stop making their
16   payments?
17        A.   That's correct.
18        Q.   By stopping their payments, would there be --
19   were you aware of there being any harm to the timeshare
20   owner?
21        A.   Right.  It would hurt their credit, and then
22   there's some collection issues and --
```

**10. PAGE 19:02 TO 19:11  (RUNNING 00:00:32.780)**

```
02        Q.   Did Credit Guard provide any services at any
03   point to either EPG or to the timeshare owners that EPG
04   was soliciting?
05        A.   Yes.  That's why they solicited me in the first
06   place.  They realized pretty quickly that if they
07   convinced the timeshare owner to default out of their
08   contract, their credit is going to get very damaged.
09   There is going to be collection calls.  There's going to
10   be debt issues.  There's going to be a 1099-A issue.  And
11   they hired my firm to clean up that mess.
```

**11. PAGE 20:09 TO 20:18  (RUNNING 00:00:35.410)**

```
09        Q.   Okay.  How did Rich and Bo later become
10   educated about exit companies?
11        A.   When EPG closed down, they became friends with
12   an individual named Jason Kriseck, who owned a company
13   called Resort Advisory Group out of San Diego, and that
14   is a pure timeshare cancellation company.  And they
15   convinced Jason that the -- that their ability in sales
16   and building sales teams and building growth in companies
17   was valuable and he should hire them, and Jason hired
18   both of them to run his organization at the time.
```

**12. PAGE 21:13 TO 21:15  (RUNNING 00:00:08.200)**

```
13        Q.   Now, did Credit Guard ultimately begin doing
```

## Wyndham - Carlsbad

```
            14   business with Resort Advisory Group?
            15        A.   Pretty much immediately, yeah.
```

**13. PAGE 23:04 TO 23:18 (RUNNING 00:00:43.640)**

```
            04        Q.   Did you observe how Resort Advisory Group was
            05   obtaining its clients?
            06        A.   Yes.  They were cold calling data.  You're able
            07   to buy raw data, but Jason's been in business a long
            08   time.  He's been in exits for 15 years.  He's accumulated
            09   a lot of timeshare ownership around the country, a lot of
            10   data.
            11        Q.   And how did you observe that the data was being
            12   used?
            13        A.   They were cold calling it.
            14        Q.   Cold calling timeshare owners?
            15        A.   (Inaudible response.)
            16             (Reporter clarification)
            17             THE WITNESS:  Yes, cold calling timeshare
            18   owners.
```

**14. PAGE 24:17 TO 25:12 (RUNNING 00:01:20.486)**

```
            17        Q.   Let me just ask the question.  So what -- so
            18   what specifically did Bo, Rich, or Jason tell you was the
            19   purpose for Credit Guard?
            20        A.   That they were -- they were telling people to
            21   stop making their payments on their timeshare contract
            22   and that we -- that's going to cause a 30-, 60-, 90-day
            23   late on their credit report, eventually an eviction or a
            24   foreclosure or a collection, and they needed Credit Guard
            25   to mitigate that damage.
   00025:01        Q.   Did Rich, Bo, or Jason state to you whether
            02   they were advising the owners as to what the purpose of
            03   Credit Guard was?
            04        A.   Yes.  It was a selling point.  It was in their
            05   contracts.
            06        Q.   What was a selling point?
            07        A.   The owners would object a bit, have an
            08   objection if they're told not to pay their timeshare.
            09   They go "What's going to happen to my credit?" or "Are
            10   they going to come after me?  What's going to happen?"
            11   And they go "No, because we have a company called Credit
            12   Guard that's going to protect you."
```

**15. PAGE 27:17 TO 27:23 (RUNNING 00:00:25.826)**

```
            17        Q.   Now, did Tradebloc, your other company that
            18   started shortly after Credit Guard ended -- did that
            19   company at some point use different methods?
            20        A.   Yes.
            21        Q.   Did Tradebloc ever work directly with RAG, or
            22   was it only Credit Guard?
            23        A.   No.  Tradebloc worked with RAG for four years.
```

**16. PAGE 31:21 TO 32:04 (RUNNING 00:00:33.815)**

```
            21        Q.   Did -- at the start of the Timeshare Compliance
            22   business, did you ever visit that office?
            23        A.   I visited that office probably four times.
            24        Q.   Based upon your observation of being in the
            25   office, did you have a chance to witness how it was that
   00032:01   they were contacting timeshare owners?
            02        A.   Yes, and it was different than what RAG was
            03   doing.  They had financing.  So they were big into TV
            04   commercials.
```

## Wyndham - Carlsbad

**17. PAGE 35:07 TO 35:22  (RUNNING 00:00:52.980)**

```
07        Q.   And what did you observe being said on these
08   phone calls regarding payments to the timeshare
09   developer?
10        A.   Well, at that time my company was Tradebloc,
11   and they would say that "You don't have to worry about
12   the damage to your credit report because Tradebloc" --
13   "we have a company called Tradebloc who's best in the
14   business at protecting people's credit."
15        Q.   Have you ever heard of the term "tradeline
16   blocking"?
17        A.   Yes.
18        Q.   What do you know about that term?
19        A.   Tradeline blocking is a technique that's not --
20   it's rarely used, and it's in the FTC statutes.  It
21   allows clients to get relief in case they are victims of
22   identity theft.
```

**18. PAGE 36:18 TO 36:20  (RUNNING 00:00:05.575)**

```
18        Q.   Who told you about -- who told you about
19   tradeline blocking?
20        A.   Bo Wilson.
```

**19. PAGE 38:05 TO 38:14  (RUNNING 00:00:39.920)**

```
05        Q.   What was the formula that you and Bo Wilson
06   came up with?
07        A.   Tradeline blocking is very difficult.  It's
08   like a 16-, 17-step process.  It's common-knowledge,
09   stuff like file a police report, file an FTC complaint,
10   file letters to credit bureaus, file -- notify the
11   creditors, have a social security card, have a -- have
12   their driver's license, have their -- have a utility
13   bill.  It all has to be sent out certified mail.  Very
14   cumbersome process.
```

**20. PAGE 41:13 TO 41:15  (RUNNING 00:00:09.240)**

```
13        Q.   Did Jason want tradeline blocking to be
14   provided for the customers of Resort Advisory Group?
15        A.   Yes.  He was excited.
```

**21. PAGE 41:24 TO 42:16  (RUNNING 00:00:55.670)**

```
       24        Q.   Did Jason tell you that he was having
       25   complaints?
00042:01        A.   Yes.  Anybody that does timeshare cancellation
       02   has credit repair -- credit damage complaints.
       03        Q.   Why?
       04        A.   Because when you exit people out of their
       05   timeshare by default, they run up 30-, 60-, 90 lates and
       06   then a foreclosure or collections, depending on the
       07   developer.
       08        Q.   Did Bo, Rich, or Jason tell you that that's how
       09   they were operating the business?
       10        A.   They were telling me that they do tell the
       11   people at point of sale to stop making their payments on
       12   their timeshare contract and they need credit protection
       13   to mitigate that damage.
       14        Q.   Now, do you know a woman by the name of Angela
       15   Consalvo?
       16        A.   Yes.
```

**22. PAGE 43:16 TO 43:20  (RUNNING 00:00:14.170)**

```
16        Q.   And so did Credit Guard, and then later
17   Tradebloc, use Angela Consalvo to put together the
```

```
            18    letters for the clients of RAG and Timeshare Compliance
            19    that were then sent to the credit bureaus?
            20         A.   Yes, and EPG.
```

**23. PAGE 46:06 TO 46:16 (RUNNING 00:00:43.730)**

```
            06         Q.   You mentioned a moment ago that one of the
            07    issues you had was related to the identity theft; is that
            08    right?
            09         A.   The statute of tradeline blocking is meant for
            10    identity theft victims.  It's not meant for fraud and
            11    misrepresentation, which is the -- which is the style
            12    that exit companies like Rich and Bo and Jason uses as
            13    their reasoning for having people removed from their
            14    timeshare.  So we had to morph it to include that,
            15    basically just inventing our own statutes, and it's just
            16    not what it was meant for.
```

**24. PAGE 47:04 TO 47:21 (RUNNING 00:00:53.870)**

```
            04         Q.   Did you ever witness Angela Consalvo preparing
            05    police reports on behalf of customers of either RAG or
            06    Timeshare Compliance?
            07         A.   When you mean "witness," physically saw her?
            08    She was in Miami, and she was also doing this stuff in
            09    the Philippines.  So I didn't physically see it, but that
            10    was the method, yes.
            11         Q.   How did you become aware that she was doing
            12    that?
            13         A.   Well, it was Bo and our -- at the time, Angela
            14    worked for me.  I contracted the stuff out to her.  So
            15    she had to do what we said, and that was the procedure we
            16    came up with.
            17         Q.   Who made the decision to file police reports as
            18    part of the procedure?
            19         A.   We both did; because that is the procedure.
            20    This is -- if you read the FTC's act, one of the steps is
            21    you file a police report.
```

**25. PAGE 122:10 TO 122:18 (RUNNING 00:00:25.470)**

```
            10         Q.   Did you have any conversations with Bo where
            11    you discussed the fact that Angela Consalvo was the one
            12    signing the timeshare owner's name to the reports?
            13         A.   Yes.
            14         Q.   And did he have any objection to that?
            15         A.   No.
            16         Q.   Did he encourage it?
            17         A.   Yes.  He said "We have the driver's license.
            18    Just copy it."
```

**26. PAGE 123:03 TO 123:13 (RUNNING 00:00:29.240)**

```
            03         Q.   Can you read for me Paragraph 45, please?
            04         A.   In signing the name of the timeshare owner, I
            05    observed that -- in signing the name of the timeshare
            06    owner, I observed that Angela Consalvo would try to copy
            07    the signature as depicted on the timeshare owner's
            08    driver's license that was requested by Timeshare
            09    Compliance.  Angela told me that we would try to sign the
            10    police report so that it matched the signature on the
            11    timeshare owner's driver's license.  Bo was aware of
            12    this, personally approved this practice.  We had many
            13    conversations about it.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:13:04.337)**