## Wyndham - Carlsbad

📁 **Angela Consalvo**  1 CLIP  (RUNNING 00:12:35.498)

🎬 BY MR. QUINN: ...

-1230-0000708         21 SEGMENTS  (RUNNING 00:12:35.498)

**1. PAGE 7:08 TO 7:11  (RUNNING 00:00:23.645)**

```
08   BY MR. QUINN:
09       Q.   Ma'am, can you please state your full name
10   for the record?
11       A.   Angela Lucia Consalvo.
```

**2. PAGE 9:13 TO 9:21  (RUNNING 00:00:21.594)**

```
13       Q.   Where do you currently reside?
14       A.   In Boynton Beach.
15       Q.   What's your address?
16       A.   9588 Cobblestone Creek Drive, Boynton Beach,
17   Florida 33472.
18       Q.   Do you own any companies?
19       A.   Yes.
20       Q.   What companies do you own?
21       A.   MG&N Group, LLC.
```

**3. PAGE 10:02 TO 10:13  (RUNNING 00:00:47.025)**

```
02       Q.   MG&N, what type of business is that?
03       A.   It is a credit repair.
04       Q.   Does it provide credit repair to any
05   consumers?
06       A.   Yes.
07       Q.   How long has that business been in
08   operation?
09       A.   A few years.  I don't remember exactly.
10       Q.   Has MG&N ever done business with a company
11   called Pandora Marketing, LLC, which does business as
12   Timeshare Compliance?
13       A.   Yes.
```

**4. PAGE 12:11 TO 13:03  (RUNNING 00:00:58.261)**

```
11       Q.   Did you execute this agreement with
12   Timeshare Compliance on September 30, 2017?
13       A.   Yes.
14       Q.   Now, prior to entering into this operating
15   agreement with Timeshare Compliance, had you already
16   been doing business with Timeshare Compliance?
17       A.   Yes.
18       Q.   Can you describe for me that history, as to
19   when you first started doing credit repair work
20   related to Timeshare Compliance?
21       A.   Yes.  I starred doing business with
22   Timeshare Compliance while I was working with Credit
23   Guard.  I don't remember the exact date.
24       Q.   And what is Credit Guard?
25       A.   Credit Guard is another credit repair
00013:01   company.
02       Q.   Who owned Credit Guard?
03       A.   Tim Clark.
```

**5. PAGE 16:23 TO 17:04  (RUNNING 00:00:25.750)**

```
23       Q.   The service that you were providing for
24   Timeshare Compliance's clients, can you describe for
```

CONFIDENTIAL        EXHIBIT 7    page 1

```
              25  me, was there a name given to the service?
      00017:01      A.   Yes, trade block.
              02      Q.   Did you call it a trade block service?
              03      A.   It was referred to by Timeshare Compliance
              04  as trade block, yes.
```

**6. PAGE 17:10 TO 17:17  (RUNNING 00:00:32.030)**

```
              10      Q.   Back at the time, we are still talking about
              11  back at the time you were working under Credit Guard.
              12      A.   Yes.  So the trade block when I was working
              13  under Credit Guard was we were sending dispute
              14  letters to both, to all three credit bureaus, dispute
              15  letters to the developer; there was a police report
              16  that was to be filed on the client's behalf and a
              17  complaint to the FTC.
```

**7. PAGE 18:19 TO 19:04  (RUNNING 00:00:18.780)**

```
              19      Q.   What was the purpose -- first of all, was
              20  the police report being filed on behalf of timeshare
              21  owners?
              22      A.   Yes, sir.
              23      Q.   Were these timeshare owners that were
              24  clients of Timeshare Compliance?
              25      A.   Yes, sir.
      00019:01      Q.   Was Timeshare Compliance aware that police
              02  reports were being filed on behalf of their
              03  customers?
              04      A.   Yes, sir.
```

**8. PAGE 36:03 TO 37:08  (RUNNING 00:01:53.730)**

```
              03      Q.   Was it your understanding that the timeshare
              04  owners that were involved in this had a mortgage with
              05  the timeshare developer?
              06      A.   I believe so.
              07      Q.   And was it that debt, the mortgage debt that
              08  the dispute letter was targeted at?
              09      A.   Yes, the developer, yes.
              10      Q.   So was the purpose of the dispute letter to
              11  dispute negative reporting related to that mortgage
              12  debt?
              13      A.   Yes.
              14      Q.   The fact that there was negative reporting,
              15  was it your observation that that was because the
              16  owners had stopped making payments?
              17      A.   Yes, sir.
              18      Q.   Was the purpose of this trade block process
              19  to mitigate the harm caused by the stoppage of
              20  payment to the timeshare developer?
              21      A.   Yes, sir.
              22      Q.   The dispute letters in this trade block
              23  process, was that effective in mitigating any of the
              24  harm caused by the stopping of payment?
              25      A.   No, sir.
      00037:01      Q.   Did you observe whether or not timeshare
              02  owners were under the impression that these dispute
              03  letters were protecting their credit?
              04      A.   Yes, sir.
              05      Q.   What did you observe?
              06      A.   I observed clients being very unhappy
              07  because they were told that their credit would be
              08  protected by Timeshare Compliance.
```

**9. PAGE 38:12 TO 39:08  (RUNNING 00:01:01.340)**

```
              12      Q.   You said that you were receiving complaints
```

**Wyndham - Carlsbad**

```
            13  from timeshare owners?
            14      A.   Yes, sir.
            15      Q.   How often did you receive those complaints?
            16      A.   Probably every day.
            17      Q.   How were they communicating their complaints
            18  to you?
            19      A.   Mostly via phone.  Some via e-mail.
            20      Q.   So you were receiving phone calls?
            21      A.   Yes, sir.
            22      Q.   Approximately how many complaint phone calls
            23  were you receiving a day?
            24      A.   I couldn't give you an exact amount.
            25  Approximately -- I mean, I couldn't give you an
   00039:01  amount.  Maybe ten to 20 a day.  That's just an
            02  approximate.
            03      Q.   Ten to 20 complaint calls a day from
            04  Timeshare Compliance customers?
            05      A.   Yes, sir.
            06      Q.   Did you tell Timeshare Compliance that you
            07  were receiving complaints?
            08      A.   Yes, sir.
```

**10. PAGE 56:03 TO 56:11  (RUNNING 00:00:29.390)**

```
            03      Q.   Do you recall having a telephone call with
            04  Rich Folk and Bo Wilson about telemarketing services
            05  that MG&N might provide?
            06      A.   I do.
            07      Q.   What do you recall about that conversation?
            08      A.   I recall that Timeshare Compliance was
            09  needing outbound, outbound calling services and then
            10  a live transfer directly over to Timeshare
            11  Compliance.
```

**11. PAGE 56:23 TO 57:06  (RUNNING 00:00:20.950)**

```
            23      Q.   Did MG&N hire telephone operators to make
            24  those outbound calls?
            25      A.   They hired independent contractors to make
   00057:01  those outbound calls, yes.
            02      Q.   Where were those independent contractors
            03  located?
            04      A.   Overseas.
            05      Q.   Do you know where?
            06      A.   The Philippines.
```

**12. PAGE 59:06 TO 59:12  (RUNNING 00:00:20.970)**

```
            06      Q.   The independent contractors in the
            07  Philippines who were making these phone calls to
            08  timeshare owners, were they required to follow any
            09  type of a script?
            10      A.   Yes, sir.
            11      Q.   Who prepared that script?
            12      A.   Timeshare Compliance.
```

**13. PAGE 61:10 TO 61:12  (RUNNING 00:00:07.050)**

```
            10      Q.   Is that the script that you were referring
            11  to that Timeshare Compliance provided to you?
            12      A.   Yes, sir.
```

**14. PAGE 61:21 TO 62:04  (RUNNING 00:00:20.740)**

```
            21      Q.   The language here in this paragraph where it
            22  says, "We are to date at a 100 percent success rate,"
            23  do you see that?
            24      A.   Yes, sir.
            25      Q.   Is that language that MG&N created or is
```

## Wyndham - Carlsbad

```
00062:01    that language that somebody else created?
      02       A.   Language that somebody else created.
      03       Q.   Who provided you with that language?
      04       A.   This was provided by Timeshare Compliance.
```

**15. PAGE 62:12 TO 62:13 (RUNNING 00:00:06.173)**

```
      12       Q.   I want to show you an e-mail that I am going
      13    to mark as Exhibit 22.
```

**16. PAGE 63:22 TO 64:09 (RUNNING 00:00:34.926)**

```
      22       Q.   Can you read to me what you told Ashleigh
      23    Matua?
      24       A.   This is a perfect example of why it has to
      25    be made clear that the process has -- this is a
00064:01    perfect example as to why it has to be more clear
      02    that the process has to be presented as an attempt.
      03    By not doing this it puts not only your reputation at
      04    risk but ours as well as we work very hard to
      05    ensure -- to make sure that all of our clients
      06    understand this.
      07       Q.   And then you indicate below there to explain
      08    that the process is supposed to be an attempt?
      09       A.   An attempt, exactly.
```

**17. PAGE 82:03 TO 83:04 (RUNNING 00:01:06.934)**

```
      03       Q.   Ms. Consalvo, you had a chance to review the
      04    Composite Exhibit 15 that I have marked.  Are you
      05    familiar with those police reports?
      06       A.   Yes.
      07       Q.   Are those police reports that you had in
      08    your possession?
      09       A.   Yes.
      10       Q.   Do those reflect police reports that were
      11    filed on behalf of customers of Timeshare Compliance?
      12       A.   Yes.
      13       Q.   Was Timeshare Compliance aware that these
      14    police reports were being filed?
      15       A.   Yes.
      16       Q.   Did Timeshare Compliance indicate to you
      17    whether or not they wanted you to file these police
      18    reports?
      19       A.   They did.
      20       Q.   And what did they tell you with respect to
      21    the police reports, whether they wanted you to file
      22    them or not?
      23       A.   They advised me that I was to file the
      24    police reports, and then they gave me the verbiage to
      25    use on the description.
00083:01       Q.   So, for instance, in Exhibit 15, when you
      02    say the verbiage, are you referring to this narrative
      03    section of the reports?
      04       A.   Yes, sir.
```

**18. PAGE 83:13 TO 84:02 (RUNNING 00:01:15.450)**

```
      13       Q.   On page 32 of Exhibit 15, is this a police
      14    report that was filed with the Orlando Police
      15    Department?
      16       A.   It appears to be.
      17       Q.   And based upon your review of Exhibit 15,
      18    page 32, the 6277 Sea Harbor Drive, Orlando, Florida
      19    32821 is the incident location, is that the address
      20    of Wyndham?
      21       A.   That's what I was advised.
      22       Q.   So would this police report on page 32,
```

**Wyndham - Carlsbad**

```
           23   would this reflect a report for a Wyndham owner?
           24       A.   I believe so.
           25       Q.   On page 37 of Exhibit 15, do you see this
   00084:01   other Orlando Police Department report?
           02       A.   I do.
```

**19. PAGE 84:10 TO 84:16  (RUNNING 00:00:17.250)**

```
           10       Q.   On page 39 of Exhibit 15, do you see this
           11   Orlando Police Department police report?
           12       A.   I do.
           13       Q.   What was the incident location listed on
           14   this report?
           15       A.   6277 Sea Harbor Drive, Orlando, Florida
           16   32821.
```

**20. PAGE 84:20 TO 84:22  (RUNNING 00:00:05.930)**

```
           20       Q.   Was it your understanding that this was an
           21   address for Wyndham?
           22       A.   My understanding was it was.
```

**21. PAGE 95:02 TO 95:22  (RUNNING 00:00:47.580)**

```
           02       Q.   The information that you provided today, was
           03   this all based upon your own personal knowledge?
           04       A.   It absolutely is.
           05       Q.   Including your personal communications with
           06   Timeshare Compliance?
           07       A.   Yes, it is.
           08       Q.   And including your personal meeting with
           09   Rich Folk and Bo Wilson?
           10       A.   Yes, it is.
           11       Q.   The extent of your relationship with
           12   Timeshare Compliance, with Rich Folk and with Bo
           13   Wilson, the span of that relationship started
           14   sometime in 2016, correct?
           15       A.   Yes, sir.
           16       Q.   And it went all the way until 2019; is that
           17   right?
           18       A.   Yes, sir.
           19       Q.   So we are talking about a period of 2016,
           20   2017, 2018, 2019, around four years?
           21       A.   Yes, sir.
           22            MR. QUINN:  No further questions.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:12:35.498)**