# Wyndham - Carlsbad

 Lite, Terry (Vol. 01) - 03/10/2021     1 CLIP  (RUNNING 00:23:55.589)

 UPDATED

TL-0310-0000916     43 SEGMENTS  (RUNNING 00:23:55.589)     

**1. PAGE 9:16 TO 9:18  (RUNNING 00:00:14.629)**

```
16      Q    Sir, can you please state your full name for
17 the record?
18      A    Yes, Terry Lite.
```

**2. PAGE 15:21 TO 15:25  (RUNNING 00:00:10.849)**

```
21      Q    Have you ever spoken to Sean Slattery?
22      A    No.
23      Q    Have you ever received any email from Sean
24 Slattery?
25      A    No, not to my knowledge.
```

**3. PAGE 16:13 TO 16:20  (RUNNING 00:00:27.401)**

```
13      Q    The service that you signed up for, did you
14 sign up for that service in 2017?
15      A    Yes.
16      Q    And between 2017 and the present, which
17 we're now in March 2021, is it your testimony that you
18 have never once spoken with any attorney that your
19 case was referred to?
20      A    To my knowledge, I haven't.
```

**4. PAGE 18:02 TO 18:07  (RUNNING 00:00:21.731)**

```
02      Q    How much did you pay Timeshare Compliance?
03      A    Between 39 and $40,000.  The receipts I had
04 provided to you.
05      Q    So approximately $39,000 is the amount you
06 paid Timeshare Compliance?
07      A    Closer to 40, yes.
```

**5. PAGE 18:24 TO 19:15  (RUNNING 00:01:13.450)**

```
        24      Q    Okay.  So can you tell me specifically what
        25 is it that Timeshare Compliance stated to you about
00019:01 who it was that they worked with?
        02      A    Well, I received an email, I believe, that
        03 stated that they work with Del Mar Law Group.
        04      Q    Based upon your history with Timeshare
        05 Compliance over the last, let's say four years, almost
        06 five years now, did Timeshare Compliance do anything
        07 for you other than to send you to a lawyer?
        08      A    The only thing that they did for me was get
        09 me in touch with Tradebloc, who was supposed to
        10 protect my credit during this process.
        11      Q    Other than sending you to Tradebloc and
        12 sending you to Del Mar Law Group, did Timeshare
        13 Compliance do anything else for you for the $40,000
        14 that you paid them?
        15      A    No.
```

**6. PAGE 20:12 TO 21:04  (RUNNING 00:00:47.420)**

```
12      Q    After you first made a purchase of a Wyndham
13 timeshare, do you recall any of the resorts that you
14 and your wife would have typically vacationed on?
```

## Wyndham - Carlsbad

```
          15      A     Bonnet Creek, for the most part.
          16      Q     Where is the Bonnet Creek Resort?
          17      A     Orlando.
          18      Q     Is that right near Disney?
          19      A     Yes.
          20      Q     Do you know how often you would vacation at
          21  Bonnet Creek?
          22      A     Either once or twice a year.
          23      Q     Was Bonnet Creek one of the primary places
          24  that you and your wife would stay?
          25      A     Yes.
00021:01          Q     What was your impression of the Bonnet Creek
      02  Resort?  Did you enjoy it?
      03          A     Beautiful resort.  It was a beautiful
      04  resort.
```

### 7. PAGE 33:12 TO 33:21  (RUNNING 00:00:23.289)

```
          12      Q     Do you recall having any discussion with
          13  Mr. Pearson about whether or not the service provided
          14  by Timeshare Compliance would require you to continue
          15  making your payments or that you could stop making
          16  your payments?
          17      A     Yes.
          18      Q     And what do you recall about that
          19  conversation?
          20      A     Mr. Pearson, when I signed up with him that
          21  night, he advised me not to continue making payments.
```

### 8. PAGE 34:08 TO 34:15  (RUNNING 00:00:23.321)

```
          08      Q     Did you stop making your payments on the
          09  Wyndham timeshare because of the direction by
          10  Mr. Pearson to stop making the payments?
          11      A     Yes.
          12      Q     But for the direction by Mr. Pearson to stop
          13  making the payments, would you have continued making
          14  the payments?
          15      A     Probably.
```

### 9. PAGE 35:17 TO 35:25  (RUNNING 00:00:24.579)

```
          17      Q     Was the promise of a 100 percent money back
          18  guarantee a factor in your decision to sign up with
          19  Timeshare Compliance?
          20      A     Yes.
          21      Q     Was Courtland Llauger's statement that he
          22  was there to help you get out of your current
          23  timeshare legally and permanently a factor in your
          24  decision to sign up?
          25      A     It was.
```

### 10. PAGE 37:05 TO 37:07  (RUNNING 00:00:06.960)

```
          05      Q     Is this the Timeshare Compliance Services
          06  Agreement that you executed?
          07      A     Yes.
```

### 11. PAGE 40:23 TO 41:17  (RUNNING 00:01:07.639)

```
          23      Q     In Section 2.3, do you see where it says
          24  here "Attorney Payment"?
          25      A     Yes.
00041:01          Q     Do you recall anything that was said to you
      02  to explain why you need to make an attorney payment?
      03          A     I don't recall that discussion, but I know I
      04  did have to make an attorney payment.
      05          Q     Do you know why you were being asked to make
      06  a separate payment to the attorney?
```

**Wyndham - Carlsbad**

```
        07      A    No.
        08      Q    In Section 2.4, where it says "100 Percent
        09  Guarantee," do you see that?
        10      A    Yes.
        11      Q    What was your understanding of this
        12  provision?
        13      A    Yeah, this is a sore spot for me.  I was
        14  under the impression that if the developer didn't
        15  release me from my contract within 18 months, I would
        16  be afforded a full refund for what I paid to Timeshare
        17  Compliance.
```

**12. PAGE 42:06 TO 42:13 (RUNNING 00:00:35.706)**

```
        06      Q    Did Timeshare Compliance do what it said it
        07  was going to do by December of 2018?
        08      A    No.
        09      Q    After December of 2018, did anyone from
        10  Timeshare Compliance ever reach out to you to say that
        11  they were unsuccessful by December of 2018 and that
        12  they were going to give you your money back?
        13      A    No.
```

**13. PAGE 42:18 TO 42:25 (RUNNING 00:00:28.430)**

```
        18      Q    Can you read that for me, please?
        19      A    Yes.  "Refund Request:  Refund requests per
        20  the details contained in this agreement must be made
        21  within seven days following the expiration of the
        22  18-month cancellation period, per the details of this
        23  section.  Refund requests must be made in writing,
        24  delivered via certified letter to the following
        25  address."
```

**14. PAGE 43:07 TO 44:02 (RUNNING 00:00:57.429)**

```
        07      Q    Did anyone from Timeshare Compliance provide
        08  you any notification that that deadline was
        09  approaching, that you needed to make a formal request?
        10      A    No.
        11      Q    Did anyone from Del Mar Law Group as that
        12  deadline was approaching, notify you that you needed
        13  to make that formal request?
        14      A    No.
        15      Q    Up until the present day, until the time
        16  that you sought to terminate the Timeshare Compliance
        17  contract, did anyone from Timeshare Compliance or Del
        18  Mar Law Group ever indicate to you that they couldn't
        19  accomplish what was promised to you during the sales
        20  presentation?
        21      A    No.
        22      Q    So as we sit here today, no one ever
        23  notified you that you might even need to seek a
        24  refund, because all of the information they provided
        25  to you was that they could accomplish what they said
 00044:01  they were going to do; is that right?
        02      A    Yes.
```

**15. PAGE 45:03 TO 45:11 (RUNNING 00:00:23.859)**

```
        03      Q    Under this section, Section 4, where it
        04  indicates that, "The client forfeits all rights
        05  relating to a refund of the fee client paid to
        06  Timeshare Compliance if they breach the terms of the
        07  agreement," is it your impression that based upon this
        08  provision, that if you were to make public any
        09  complaints you had against Timeshare Compliance, you
        10  would lose your right to the refund?
```

```
            11      A   Yes.
```

**16. PAGE 48:05 TO 48:19 (RUNNING 00:00:49.430)**

```
            05      Q   In the second paragraph of this email, can
            06  you read that to me where it starts with "also"?
            07      A   Yes. "Also, I was advised by Don Pearson
            08  not to pay any further fees to Wyndham, as the block
            09  and desist order would be done very quickly.  So
            10  please expedite."
            11      Q   What is the block and desist order?
            12      A   I believe that was -- the answer is I don't
            13  remember.  I know I had that as an exhibit.  I don't
            14  remember right now what that block and desist order
            15  is.
            16      Q   Do you recall that a letter called a cease
            17  and desist letter had been sent out to Wyndham at some
            18  point?
            19      A   I remember that it had been sent out.
```

**17. PAGE 50:02 TO 50:08 (RUNNING 00:00:13.436)**

```
            02      Q   Did you ever have any choice in the matter
            03  as to who would be assigned to your case, what
            04  attorney?
            05      A   No.
            06      Q   Did anyone ever ask you if you wanted to
            07  have Del Mar Law Group as your law firm?
            08      A   No.
```

**18. PAGE 51:08 TO 51:17 (RUNNING 00:00:28.709)**

```
            08      Q   So you weren't concerned about your credit
            09  damaged by stopping payment?
            10      A   I was.
            11      Q   Well, did they give you any reassurance that
            12  that would not be an issue?
            13      A   They gave me assurance that by using
            14  Tradebloc, it wouldn't be an issue.
            15      Q   So the Tradebloc service would prevent any
            16  negative credit reporting due to non-payment?
            17      A   Yes.
```

**19. PAGE 58:18 TO 58:21 (RUNNING 00:00:13.720)**

```
            18      Q   Did anyone from Timeshare Compliance or Del
            19  Mar Law Group go over the terms of this retainer
            20  agreement with you?
            21      A   No, not that I remember.
```

**20. PAGE 59:13 TO 60:16 (RUNNING 00:01:22.011)**

```
            13      Q   Now, in paragraph six of the retainer
            14  agreement -- do you see paragraph six?
            15      A   Yes.
            16      Q   Can you read for me just that first
            17  sentence?
            18      A   "No representation has been made as to what
            19  amount, if any, client may be entitled to recover in
            20  this case or what relief attorneys may ultimately
            21  obtain for the client."
            22      Q   Now, by the time that you received this
            23  retainer agreement in August of 2017, had you already
            24  made the full payment to Timeshare Compliance?
            25      A   Yes.
      00060:01      Q   And you already signed the Timeshare
            02  Compliance Services Agreement, correct?
            03      A   Yes.
            04      Q   And in that Services Agreement there was a
```

```
        05  100 percent guarantee; isn't that right?
        06       A    Yes.
        07       Q    So by the time that you then later signed
        08  the agreement, the retainer agreement with the
        09  attorneys, you had already entered into a 100 percent
        10  guarantee agreement with Timeshare Compliance; isn't
        11  that right?
        12       A    Yes.
        13       Q    And by the time you signed this retainer
        14  agreement with the attorneys, you had already paid
        15  almost $40,000?
        16       A    Yes.
```

**21. PAGE 65:13 TO 66:03  (RUNNING 00:00:57.410)**

```
        13       Q    Did anyone at Del Mar Law Group, including
        14  Sean Slattery, ever state to you that the only thing
        15  they would do for you is send a cease and desist
        16  letter and a demand letter?
        17       A    No.
        18       Q    Did anyone at Del Mar Law Group, including
        19  Sean Slattery, ever state to you that they weren't
        20  required to do anything more than send a single demand
        21  letter because you had only paid $600?
        22       A    No.
        23       Q    At the time that you were referred or sent
        24  over to Del Mar Law Group in 2017, did you feel you
        25  had only paid $600 for this service or did you feel as
00066:01  if you had paid almost $40,000 for the service?
        02       A    I thought that my $40,000 plus the $600
        03  would cover everything.
```

**22. PAGE 72:06 TO 72:19  (RUNNING 00:00:49.903)**

```
        06       Q    On page five of Exhibit 23 of the demand
        07  letter, do you see the signature and name that signed
        08  the letter?
        09       A    Yes.
        10       Q    Who is that?
        11       A    J.L. Sean Slattery.
        12       Q    As of May 8th, 2018, when this letter was
        13  sent or dated, had you had any conversation with
        14  J.L. Sean Slattery?
        15       A    No.
        16       Q    As of May 8th, 2018, had you had any
        17  conversation with any attorney from Del Mar Law Group?
        18       A    Just checking my notes.  I don't believe I
        19  did.
```

**23. PAGE 73:13 TO 73:18  (RUNNING 00:00:18.380)**

```
        13       Q    Are you aware of any of the attorney
        14  defendants, including Del Mar Law Group or
        15  Mr. Slattery, doing any actual substantive work
        16  related to your matter after they drafted the demand
        17  letter on May 8th, 2018?
        18       A    No.
```

**24. PAGE 75:03 TO 75:18  (RUNNING 00:00:58.620)**

```
        03       Q    Is your credit score important to you?
        04       A    Yes, somewhat it is.
        05       Q    Why?
        06       A    In case I need to go for a loan.  It's
        07  important in the insurance industry.  As I understand,
        08  it affects your rates, affects your credit card rates.
        09       Q    After you were advised by Mr. Pearson to
        10  stop making your payments, did you ever run into
```

```
          11   difficulty as a result of your credit score?
          12        A    Since that time?
          13        Q    Yes.
          14        A    I had this year, actually, in January.
          15        Q    Can you describe that?
          16        A    Yes.  I went to refinance a mortgage with my
          17   bank.  It was declined because of a contested
          18   delinquency on my credit report with Wyndham.
```

**25. PAGE 81:20 TO 82:02 (RUNNING 00:00:28.241)**

```
          20        Q    On December 21st, 2017, a couple days before
          21   Christmas, can you tell me what you wrote to Vanessa?
          22        A    Yeah, in response to what she had written to
          23   me about this "light at the end of the tunnel," I
          24   responded:  "Thanks, sometimes the light at the end of
          25   the tunnel is the train coming right at you.
 00082:01   Hopefully not in this case.  Merry Christmas and Happy
          02   New Year, Terry."
```

**26. PAGE 82:22 TO 83:02 (RUNNING 00:00:21.320)**

```
          22        Q    What was your impression of what the
          23   attorney was doing, based upon what Vanessa told you?
          24        A    You don't want to know my opinion of what
          25   attorneys are doing.  I assumed he was just working on
 00083:01   the case, doing whatever legal matters he had to do to
          02   effectuate this case here.  That's proper English.
```

**27. PAGE 86:25 TO 87:03 (RUNNING 00:00:10.390)**

```
          25        Q    Do you know why it took almost a year,
 00087:01   between June of '17 and May of 2018, for the demand
          02   letter to be sent out on your behalf?
          03        A    No.
```

**28. PAGE 87:22 TO 88:02 (RUNNING 00:00:15.159)**

```
          22        Q    Can you read for me that second paragraph
          23   that starts with "please send me?
          24        A    Yes.  "Please send me all correspondence you
          25   may have received.  Please continue to ignore all
 00088:01   developer calls and please advise if there have been
          02   any changes to your credit reports."
```

**29. PAGE 89:15 TO 90:15 (RUNNING 00:01:10.750)**

```
          15        Q    Can you read for me what her update was to
          16   you in February of 2018?
          17        A    "The update is solely advising that a cease
          18   and desist letter was mailed to your developer on
          19   8/17/17 and they are currently strategizing on their
          20   next step.  Once there is a new update, we will
          21   advise."
          22        Q    Did anyone ever tell you what they meant by
          23   "strategizing on their next step"?
          24        A    No.
          25        Q    Did that statement give you the impression
 00090:01   that work was being done on your behalf behind the
          02   scenes?
          03        A    Yes.
          04        Q    Were you aware that hundreds of timeshare
          05   owners had all been receiving the same cease and
          06   desist and a single demand letter?
          07        A    No.
          08        Q    Would you be surprised to learn that?
          09        A    Yes.
          10        Q    If hundreds of timeshare owners were
          11   receiving the exact same service that you were, the
```

```
            12   production of two letters, do you know what
            13   strategizing would be required to send the exact same
            14   letter for hundreds of clients?
            15        A    No.
```

**30. PAGE 91:11 TO 91:14 (RUNNING 00:00:11.649)**

```
            11        Q    And in formulating what they've described as
            12   a strategy, did any attorney ever contact you to
            13   discuss the strategy?
            14        A    No.
```

**31. PAGE 92:17 TO 92:19 (RUNNING 00:00:08.641)**

```
            17        Q    Was it your understanding that Tradebloc was
            18   going to protect your credit score?
            19        A    Yes.
```

**32. PAGE 93:22 TO 93:25 (RUNNING 00:00:21.529)**

```
            22        Q    The demand letter that was sent out on your
            23   behalf, was it ever sent to you for review before it
            24   was sent to Wyndham?
            25        A    No, not to my knowledge.
```

**33. PAGE 97:01 TO 97:04 (RUNNING 00:00:12.520)**

```
   00097:01        Q    So you had to actually send your own email
         02   asking for an update, to be informed that the demand
         03   letter sent to Wyndham was sent; is that right?
         04        A    To my recollection, yes.
```

**34. PAGE 103:23 TO 104:19 (RUNNING 00:01:29.531)**

```
            23        Q    When you sat in your home with Don Pearson,
            24   did Don Pearson tell you that the only things the
            25   attorneys were going to do would be a cease and desist
   00104:01   letter and a demand letter?
         02        A    No.
         03        Q    Now, do you recall anyone from Timeshare
         04   Compliance ever giving you the impression that perhaps
         05   your timeshare had actually been canceled?
         06        A    Actually, I did have a conversation.  I
         07   don't remember who it was with, but I did have a
         08   conversation -- I'm not sure when it was, about a year
         09   ago or so -- that they had mentioned that upper
         10   management at Timeshare Compliance was told that
         11   Wyndham had canceled -- or I'm not sure of the term
         12   they used, I'll use the word canceled -- the 2017
         13   contracts and that it just had to go before the board
         14   for their approval.
         15        Q    Before the Wyndham board?
         16        A    Before the Wyndham board.
         17        Q    Was the person who told you this someone who
         18   worked for Timeshare Compliance?
         19        A    Yes.
```

**35. PAGE 104:24 TO 105:02 (RUNNING 00:00:16.670)**

```
            24             This is a document Bates stamped
            25   Pandora 102207.  This is an email from Lauren Jones to
   00105:01   you dated August 21st, 2019.  Are you familiar with
         02   this email?
```

**36. PAGE 105:06 TO 105:24 (RUNNING 00:01:04.850)**

```
         06        A    "The firm advised on 8/9/2019 that they
         07   still have not gotten any response from Wyndham to the
         08   most recent correspondence that they have sent out to
         09   them.  Upper management recently met with our firm as
```

## Wyndham - Carlsbad

```
        10  well and they did advise that they suspect that all
        11  the clients we sent to them in 2017 (which would
        12  include you) are actually out of their contracts.
        13  However, they feel developers are holding off on
        14  sending the final documentation to confirm this.  This
        15  is because they have shown -- they have to show a
        16  certain amount of revenue to the board, so they have
        17  to wait to get a certain amount of sales in before
        18  letting go of certain contracts.  This is usually done
        19  on a quarterly basis."
        20       Q   Mr. Lite, as we sit here today in March of
        21  2021, are you out of your Wyndham timeshare contract?
        22       A   No, not to my knowledge.
        23       Q   So is this statement false?
        24       A   Apparently.
```

### 37. PAGE 106:08 TO 106:15 (RUNNING 00:00:33.951)

```
        08       Q   Do you know of anyone else that they would
        09  have been referring to other than Del Mar Law Group?
        10       A   Well, actually, yes.  I may have to amend
        11  that, because I have a note.  I'm not sure of the date
        12  of this, but I know on 2/15 I received an email from a
        13  Gloria Derrito telling me that -- about the move and
        14  the name change from Del Mar to Carlsbad.  That was
        15  2/15.
```

### 38. PAGE 106:19 TO 106:21 (RUNNING 00:00:09.879)

```
        19       Q   So when they say "your law firm," does that
        20  mean Del Mar Law Group or Carlsbad Law Group?
        21       A   Yes.
```

### 39. PAGE 110:03 TO 110:24 (RUNNING 00:01:10.390)

```
        03       Q   And what we're seeing here on Exhibit 28 is
        04  an email dated January 2nd, 2020 from you to Karla
        05  Hernandez Leon at Timeshare Compliance.  Do you see
        06  that?
        07       A   Yes.
        08       Q   Can you read for me what you wrote to Karla
        09  in January of 2020?
        10       A   "Just to let you know, Bank of America will
        11  not approve the refinancing of my mortgage until the
        12  timeshare is completely removed from my credit report.
        13  So they therefore canceled my application.  Thanks for
        14  nothing. Tell the law firm and TS executives and
        15  Tradebloc that they didn't keep their word and misled
        16  me.  This was supposed to take 18 months to two years
        17  at the most.  This better be resolved by June or
        18  I will seek further remedies.  My big mistake was
        19  paying you people up front.  There's no incentive now
        20  to complete your responsibilities.  Sorry you're in
        21  the middle, Karla."
        22       Q   After you sent this in January of 2020, did
        23  anyone reach out to you to offer you a refund?
        24       A   No.
```

### 40. PAGE 116:20 TO 117:05 (RUNNING 00:00:36.559)

```
        20       Q   In the second paragraph, can you read just
        21  that first sentence?
        22       A   "Continue to trust us and your attorney, as
        23  we work hard behind the scenes to get your contract
        24  canceled as soon as possible."
        25       Q   If the evidence in this case shows that
  00117:01  neither the attorneys or Timeshare Compliance made any
        02  attempt to contact Wyndham after sending the demand in
```

## Wyndham - Carlsbad

```
03  May of 2018, do you believe that they were working
04  hard behind the scenes to get your contract canceled?
05       A    No.
```

**41. PAGE 117:07 TO 117:10  (RUNNING 00:00:23.809)**

```
07       Q    Do you know of anything in particular that
08  you observed any of the defendants doing to work hard
09  behind the scenes to get your contract canceled?
10       A    No.
```

**42. PAGE 117:22 TO 117:24  (RUNNING 00:00:11.991)**

```
22       Q    Were you provided any update by Carlsbad Law
23  Group, Sean Slattery, or Del Mar in 2021?
24       A    No.
```

**43. PAGE 122:04 TO 122:08  (RUNNING 00:00:19.449)**

```
04       Q    Yes.  And before you had contacted anyone
05  with Timeshare Compliance, had you already made up
06  your mind that you wanted to cancel your timeshare
07  with Wyndham?
08       A    No, not definitely.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:23:55.589)**