# Wyndham - Carlsbad

 **Wilson, Michael (Vol. 01) - 03/17/2021**   1 CLIP  (RUNNING 00:14:18.007)

 UPDATED

MW-0317-0000805   19 SEGMENTS  (RUNNING 00:14:18.007)   

**1. PAGE 8:05 TO 8:07  (RUNNING 00:00:05.580)**

```
      05        Q.       Sir, can you, please, state your full name
      06        for the record?
      07        A.       Michael Edward Wilson.
```

**2. PAGE 12:18 TO 13:14  (RUNNING 00:01:14.800)**

```
      18        Q.       Do you know when you made the most recent
      19        purchase with Wyndham?
      20        A.       That was in January of 2018, I believe.
      21        Q.       Between your initial purchase with
      22        Fairfield and then the purchase in January of 2018,
      23        have you made any additional timeshare related
      24        purchases in the interim?
      25        A.       We had upgraded a couple times because the
00013:01        wife wanted to upgrade.  I think we upgraded twice
      02        before.  We had a timeshare down in Florida and one
      03        in New Orleans and then the final one, I think was
      04        in Nashville.
      05        Q.       Now, do you recall when the first time it
      06        was that you heard of the company called Timeshare
      07        Compliance?
      08        A.       I have heard a bunch of companies because
      09        when I was stationed overseas, we have their, I
      10        don't know what you call it, AFM, Armed Forces
      11        Network.  They have those commercials on all the
      12        time for all different kinds of companies.  And I
      13        believe that's where I found out about Timeshare
      14        Compliance.
```

**3. PAGE 16:06 TO 16:17  (RUNNING 00:00:35.110)**

```
      06        Q.       Talk me through the first time that you
      07        had a phone conversation with someone from
      08        Timeshare Compliance, what do you recall about that
      09        conversation?
      10        A.       Oh, gosh, now, you're really wanting me to
      11        stretch back.  Oh, from what I can recall, I just
      12        basically told them my wife passed away, I want to
      13        get out of this thing.  There's no way I'm able to
      14        afford it.  I will be paying for a timeshare and
      15        living on the street because I wouldn't be able to
      16        make a house payment and make a timeshare payment
      17        and all that.
```

**4. PAGE 17:07 TO 18:04  (RUNNING 00:01:14.580)**

```
      07        Q.       The call that you had with someone from
      08        Timeshare Compliance that resulted in the actual
      09        decision to sign up for the service, do you recall
      10        who that call was with or how long that call
      11        lasted?
      12        A.       Oh, no, again, everything was taken care
      13        of.  So, I mean, I'd probably say maybe 20 minutes
      14        for a phone call like that.  It wasn't like, okay,
      15        yeah, let's go ahead and do it, bye, thank you, and
      16        hung up.  There was questions and answers and all
```

## Wyndham - Carlsbad

```
             17        that.
             18        Q.       Did, during that call, did they give you
             19        any instruction regarding whether as part of the
             20        service you could stop making your payments to
             21        Wyndham?
             22        A.       Well, they had strongly recommended if I
             23        can't make the payments, go ahead and quit making
             24        the payments, they would send a letter out telling
             25        Wyndham to cease and desist.
    00018:01        Q.       Was it your understanding that the cease
             02        and desist letter would allow you to stop making
             03        your payments?
             04        A.       Yeah.
```

### 5. PAGE 18:14 TO 19:04  (RUNNING 00:00:40.820)

```
             14        Q.       Was it described to you on the call that
             15        you had before you signed up for the service, was
             16        it described to you specifically what was going to
             17        be done on your behalf to get you out of the
             18        timeshare?
             19        A.       I don't think they went, if they went into
             20        specifics, it just went over my head because it
             21        didn't sit in my head as what they were going to
             22        do.  I'm just like, okay, you guys can get me out
             23        of this thing.  They said it's going to be a little
             24        while before it happens, it's not going to be an
             25        overnight thing, it's going to take some time.  So
    00019:01        I'm like, okay.
             02        Q.       So you just trusted that they knew what
             03        they were doing?
             04        A.       Yes.
```

### 6. PAGE 20:10 TO 20:15  (RUNNING 00:00:17.740)

```
             10        Q.       Have you spoken with any attorney since
             11        signing up with Timeshare Compliance?
             12        A.       No.
             13        Q.       Have you had any communications with
             14        anyone from a law firm?
             15        A.       No.
```

### 7. PAGE 21:13 TO 21:18  (RUNNING 00:00:24.980)

```
             13        Q.       Did Carlsbad Law Group -- well, let me ask
             14        you that.  Other than the cease and desist letter,
             15        are you aware of any other communication or letter
             16        that's been sent out on your behalf?
             17        A.       Let me see.  No, I think that's about the
             18        only one I know about is the cease and desist.
```

### 8. PAGE 26:19 TO 28:07  (RUNNING 00:02:05.038)

```
             19        Q.       So you paid in full to Timeshare
             20        Compliance the $7,349?
             21        A.       Yes.
             22        Q.       Separately in Section 2.3, you see where
             23        it says attorney payment?
             24        A.       Um-hum.
             25        Q.       Did anyone explain to you why you needed
    00027:01        to make a separate attorney payment separate from
             02        the fee you had paid to Timeshare Compliance?
             03        A.       Not that I recall.  I think it was offered
             04        in the letter as what they told me.
             05        Q.       Was it your understanding that the $750
             06        was to prepare that letter that the lawyer was
             07        going to write?
             08        A.       Yes.
```

## Wyndham - Carlsbad

```
          09      Q.      Do you know if the lawyer was being paid
          10      the $750 to write the letter, do you know what the
          11      $7,349 was going to be going towards?
          12      A.      I figured it was all going to be all the
          13      fees included in continuing my case to have it
          14      absolved.
          15      Q.      When you say, "the fees to have the case
          16      absolved," do you know what you mean by that?
          17      A.      Well, I mean, obviously if you're going to
          18      build a house, there's money that you got to pay to
          19      have the house built.  Attorneys, they have to have
          20      money paid to do their job getting paperwork and,
          21      you know, all that.  So I figured that's what it
          22      was for.
          23      Q.      Did anyone explain to you specifically
          24      like what would go into building the house?
          25      A.      They said it would be, I would be going in
00028:01          with other people, and it would be a whole bunch of
     02           people getting out at the same time.  And it takes
     03           time to get that all coordinated and set up and all
     04           that good stuff.  So it wasn't going to be like
     05           they were just going to take my case and take it to
     06           court.  They were going to have a conglomeration of
     07           other owners that wanted to get out.
```

### 9. PAGE 31:10 TO 31:22  (RUNNING 00:00:45.616)

```
          10      Q.      Did anyone at Timeshare Compliance provide
          11      you any information regarding whether you could
          12      stop making payments to Wyndham?
          13      A.      They basically told me, yeah, if you want
          14      to stop making payments, you can.  And they said
          15      they did not want me to go and use the timeshare
          16      while this was going on because that would
          17      basically make like the exit plan defunct if I went
          18      and like, say, if I'm going to go this weekend to
          19      Nashville and stay for three days.
          20      Q.      Did you follow Timeshare Compliance's
          21      advice to stop making the payments?
          22      A.      Yes.
```

### 10. PAGE 34:09 TO 35:19  (RUNNING 00:01:58.420)

```
          09      Q.      Since you signed up with Timeshare
          10      Compliance, can you recall any other conversations
          11      you've had with anybody within the company?
          12      A.      No.  Just checking on case updates and all
          13      that, not really.
          14      Q.      Do you know of anything that Timeshare
          15      Compliance is currently doing for you to help you
          16      get out of the timeshare?
          17      A.      They said they're just waiting.
          18      Q.      Do you know what they're waiting for?
          19      A.      I guess a court date or something like
          20      that.
          21      Q.      Are you under the impression that like the
          22      case has been filed on your behalf?
          23      A.      Yeah, I would think so.  Like I said
          24      before, they said they were waiting to get four,
          25      five, ten people together and file it all at one
00035:01          time.
     02           Q.      Do you know where the lawsuit was filed?
     03           A.      No.
     04           Q.      Do you know who the attorney would be that
     05           would file the lawsuit on your behalf?
     06           A.      No.
     07           Q.      Do you know whether or not anyone from
```

## Wyndham - Carlsbad

```
08        Timeshare Compliance or Carlsbad Law Group has
09        spoken with you in advance of the lawsuit being
10        filed?
11        A.      No, I don't think so, no, because I was
12        under the assumption one of those times I called,
13        they said it would take anywhere from, I think they
14        said 16 to 18 months to get it all.
15        Q.      Who said that?
16        A.      Timeshare Compliance.  I asked how long it
17        would take and is this going to be like six to
18        eight months or five years or whatever and they
19        said 16 to 18 months if I'm not mistaken.
```

**11. PAGE 41:02 TO 41:08  (RUNNING 00:00:21.815)**

```
02        Q.      Real quick, Mr. Wilson, so the, as it
03        stands currently, we're in March 2021.  You paid
04        the money to Timeshare Compliance, you paid the
05        attorney payment.  Do you know specifically any
06        actions that are being taken on your behalf at the
07        current moment?
08        A.      No, not at this moment.
```

**12. PAGE 44:10 TO 44:21  (RUNNING 00:00:32.620)**

```
10        Q.      How many conversations did you have with
11        someone at the Wyndham Cares?
12        A.      Just that one.
13        Q.      Do you know how long the call was?
14        A.      Maybe 15 minutes, maybe.
15        Q.      Other than that one call, did you ever
16        make any additional attempt to reach out to
17        Wyndham?
18        A.      No.
19        Q.      Do you know whether anyone from Timeshare
20        Compliance has ever attempted to call Wyndham?
21        A.      No, I do not.
```

**13. PAGE 66:10 TO 67:09  (RUNNING 00:01:19.928)**

```
10        Q.      Exhibit 2 was the services agreement that
11        you entered into with Timeshare Compliance.  With
12        respect to the services agreement, was Timeshare
13        Compliance aware of your wife's passing when they
14        charged you $7,000?
15        A.      Yes.
16        Q.      And did they explain to you why they need
17        to charge you $7,000 if you have your timeshare?
18                MR. PARK:  Objection.
19        A.      Yeah, I assumed it was for fees for doing
20        their lawyer job.
21        Q.      Do you know whether Timeshare Compliance
22        is a law firm?
23        A.      No, I don't.
24        Q.      Did you believe that they were?
25        A.      That's what I was under the assumption of.
00067:01  Q.      You believe that Timeshare Compliance was
02        a law firm that you were paying $7,000 to?
03        A.      Yes.  They had attorneys that work for
04        them, I mean.
05        Q.      Did anyone at Timeshare Compliance ever
06        say, instead of paying us $7,000, why don't you
07        offer to settle your debt for some fraction of what
08        you owed with Wyndham directly?
09        A.      No.
```

## Wyndham - Carlsbad

**14. PAGE 67:13 TO 67:15 (RUNNING 00:00:08.950)**

```
13      Q.      I wanted to show you what we have marked
14      as Exhibit 5 to the deposition.  Do you see that
15      document?
```

**15. PAGE 69:05 TO 69:16 (RUNNING 00:00:29.550)**

```
05      Q.      All right, and you said here in the first
06      paragraph of the e-mail, "I have stopped payment to
07      both of my Wyndham accounts; Wyndham Vacations and
08      Club Wyndham.  The last time we spoke you mentioned
09      that if I stopped payment that it would accelerate
10      the process of getting out of this timeshare with
11      Wyndham."  Do you have any memory of saying that?
12      A.      Yeah.
13      Q.      Does that reflect your understanding as to
14      the instruction that you were given to stop
15      payment?
16      A.      Yeah.
```

**16. PAGE 72:03 TO 72:21 (RUNNING 00:01:08.500)**

```
03      Q.      Did anyone at Timeshare Compliance or
04      Carlsbad Law Group explain to you that they had
05      done the exact same process that they were going to
06      do for you for prior clients meaning sending a
07      cease and desist and demand letter and that it
08      hadn't been working for numerous years?
09      A.      No.
10      Q.      Would you have wanted to know that
11      information before you made the decision to sign
12      Timeshare Compliance as to whether or not they had
13      success or no success?
14      A.      Well, yeah, I probably would like to have
15      that information.
16      Q.      Were you offered any credit repair
17      services?
18      A.      Yeah, they were supposed to monitor my
19      credit report to make sure that it was taken care
20      of.  That Wyndham had been putting negative stuff
21      on there, they could fight it.
```

**17. PAGE 72:25 TO 73:02 (RUNNING 00:00:08.510)**

```
        25      Q.      You said by stopping payments that your
00073:01        credit was effected; is that right?
        02      A.      Yes.
```

**18. PAGE 73:24 TO 74:03 (RUNNING 00:00:18.220)**

```
        24      Q.      Other than the phone call that you had
        25      with them to make that payment, can you recall any
00074:01        other phone calls that you have had with Carlsbad
        02      Law Group?
        03      A.      No, not really.
```

**19. PAGE 83:25 TO 84:10 (RUNNING 00:00:27.230)**

```
        25      Q.      So, Mr. Wilson, my question was was there
00084:01        something about the advertisement that Timeshare
        02      Compliance made to you that made you believe that
        03      as part of their service, you could stop making
        04      payments?
        05      A.      I thought that an exit program was an exit
        06      program.  I would just get to exit out.
        07      Q.      And that you didn't have to make anymore
        08      payments as soon as you signed up?
        09      A.      Yeah.
```

## Wyndham - Carlsbad

```
10      Q.      All right, no further questions.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:14:18.007)**