UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, SHELL VACATIONS, LLC, SVC-AMERICANA, LLC and SVC-HAWAII, LLC,

    Plaintiffs,

v.                                                                                     Case No. 6:19-cv-1908-WWB-EJK

SLATTERY, SOBEL & DECAMP, LLP, DEL MAR LAW GROUP, LLP, CARLSBAD LAW GROUP, LLP, JL "SEAN" SLATTERY, PANDORA MARKETING, LLC, PANDORA SERVICING, LLC, INTERMARKETING MEDIA, LLC, KENNETH EDDY, WILLIAM WILSON and RICH FOLK,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Pandora Defendants' Amended Response to Plaintiffs' Notice of Advisement of Bankruptcy and Motion to Stay Proceedings for 60 Days ("**Amended Motion**," Doc. 1002), and Intermarketing Media, LLC's ("**Intermarketing**") Notice of Joinder (Doc. 1001).[1]  The Court recognizes Plaintiffs' contention, and Pandora Defendants' concession, that the automatic stay does not apply

---

[1] The Court notes that Intermarketing's Notice of Joinder is directed to a prior motion that was denied without prejudice.  Nevertheless, Intermarketing's failure to give notice of joinder as to the Amended Motion (Doc. 1002) does not alter the Court's ultimate determination.

to Pandora Marketing, LLC, Rich Folk, and William Wilson without an order from the Bankruptcy Court so extending it.  Nevertheless, given the significant overlap between the parties, in the interests of judicial economy, it is **ORDERED** that all other claims are **STAYED** pending resolution of the bankruptcy proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").  Pandora Defendants shall file a report as to the status of the bankruptcy proceeding every 180 days from the date of this Order until the bankruptcy case has been resolved.  Additionally, Pandora Defendants shall notify this Court within fourteen days of the final resolution of the bankruptcy proceeding. The Clerk is directed to terminate all pending motions and administratively close this case.

      **DONE AND ORDERED** in Orlando, Florida on February 13, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record