**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WYNDHAM VACATION OWNERSHIP, INC., *et al.*,

    Plaintiffs,

v.

SLATTERY, SOBEL & DECAMP, LLP, *et al.*,

    Defendants.

Case No. 6:19-cv-01908-WWB-EKJ

**DEFENDANTS' NOTICE OF CONFERRAL REGARDING DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENT (EXHIBITS 1-A THROUGH 1-H AND EXHIBITS 2 THROUGH 8 OF THEIR AMENDED SUPPLEMENTAL BRIEF [DOC. 1055]) UNDER SEAL [DOC. 1056] AND LOCAL RULE 3.01(g) CERTIFICATION**

    Defendants Pandora Marketing, LLC, Pandora Servicing, LLC, Rich Folk, William Wilson, and Intermarketing Media, LLC ("Defendants") respectfully file notice that counsel for Defendants conferred, in person, with counsel for Plaintiffs regarding Defendants' Motion for Leave to File Document (Exhibits 1-A through 1-H and Exhibits 2 through 8 of their Amended Supplemental Brief [Doc. 1055]) Under Seal [Doc. 1056] on August 24, 2023. Defendants certify pursuant to Local Rule 3.01(g), that Plaintiffs do not oppose the relief requested in the Motion for Leave to File Documents Under Seal [Doc. 1056].

Dated: August 25, 2023

  Respectfully submitted,

 */s/ John Y. Benford*                                   */s/ Patrick A. Bradford*

| | |
|---|---|
| John Y. Benford, Esq.<br>Florida Bar: 51950<br>Wilson Elser Moskowitz<br>Edelman & Dicker LLP<br>111 North Orange Avenue Suite 1200<br>Orlando, Florida 32801<br>Phone: 407.203.7594<br>Email: john.benford@wilsonelser.com<br>*Attorneys for Defendants Pandora Marketing, LLC, William Wilson, and Rich Folk* | Patrick A. Bradford<br>(admitted *pro hac vice*)<br>Bradford Edwards & Varlack LLP<br>12 East 49th Street, 11th Floor<br>New York, NY 10017<br>Tel: 917.671.9406<br>Email: pbradford@bradfordedwards.com<br>*Attorneys for Defendants William Wilson and Rich Folk* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, the foregoing document was filed using the CM/ECF system for the United States District Court, Middle District of Florida, which will send electronic notice of the foregoing to all counsel of record.

/s/ *John Y. Benford*
John Y. Benford, Esq.