UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, SHELL VACATIONS, LLC, SVC-AMERICANA, LLC, and SVC-HAWAII, LLC,**

      Plaintiffs,

v.                    Case No: 6:19-cv-1908-WWB-EJK

**SLATTERY, SOBEL & DECAMP, LLP, DEL MAR LAW GROUP, LLP, CARLSBAD LAW GROUP, LLP, JL "SEAN&QUOT SLATTERY, PANDORA MARKETING, LLC, PANDORA SERVICING, LLC, INTERMARKETING MEDIA, LLC, KENNETH EDDY, WILLIAM WILSON, and RICH FOLK,**

      Defendants.

## ORDER

This cause comes before the Court on Defendants' Time-Sensitive Motion for Clarification with Respect to This Court's October 4, 2023 Report and Recommendation filed October 9, 2023. (Doc. 1063). Upon consideration, the Motion

is due to be granted. Accordingly, an amended Report and Recommendation will follow this Order.

**DONE** and **ORDERED** in Orlando, Florida on October 10, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE