**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

Case No.: 6:19-CV-01908-WWEB-EKJ

WYNDHAM VACATION OWNERSHIP, INC. *et al.*,

   Plaintiffs,

v.

SLATTERY, SOBEL & DECAMP, LLP, *et al.*,

   Defendants.

**DEFENDANTS' TIME-SENSITIVE MOTION FOR LEAVE TO FILE
ONE JOINT OBJECTION TO THE AMENDED REPORT AND RECOMMENDATION
[DOC. 1065] WHICH EXCEEDS THE PAGE LIMIT**

Defendants, Pandora Marketing LLC, Pandora Servicing LLC, William Wilson, Rich Folk and Intermarketing LLC ("Defendants"), by and through the undersigned counsel, move this Honorable Court for an order permitting Defendants to file one combined objection to the Amended Report and Recommendation, Doc. 1065 ("R&R"), that would exceed the page limit under Local Rule 3.01(a) and under Judge Beger's standing order of February 10, 2023 by 15 pages, for a combined and total page limit of up to **30 pages**.[1]

   **I.**    **NEED FOR TIME-SENSITIVE STATUS**

Pursuant to Local Rule 3.019(e), Pandora respectfully requests a ruling on this motion by October 22, 2023. The deadline for filing Objections to the R&R is October 24, 2023, pursuant to this Court's order (Doc. 1065). A ruling by October 22, 2023 will allow Defendants time to finalize their objections in accordance with the allotted page limit.

---

[1] To clarify, Defendants are requesting leave to file a single joint objection of up to 30 pages instead of the 15-page allowance for each of the parties.

1

## II.     MEMORANDUM OF LAW AND ARGUMENT

Local Rule 3.01(b) permits a party to seek leave to exceed the page limit of a motion or filing, and this Court has the unquestionable authority and discretion to control its docket. *See Barber v. Am.'s Wholesale Lender*, 289 F.R.D. 364, 366 (M.D. Fla. 2013).

Judge Berger's standing order of February 10, 2023 limits the parties' objections to "a single document no longer than fifteen pages inclusive of all parts." *J. Berger Standing Order In RE: Magistrate Orders and Reports and Recommendations.*

While the Report and Recommendation itself was not lengthy, many of Defendants' arguments were rejected, explicitly and implicitly. As the Court is well aware, the record is voluminous, including over a 1,000 pages of briefing on the motions for default judgment and permanent injunction, and thousands more pages of exhibits. The stakes are also high, as the R&R recommends an award and injunction that will put Defendants out of business.

The R&R warns all parties that a "party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation." Doc. 1065 at 15, citing 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1). It is not possible for Defendants to cover all grounds of legal and factual objections to preserve the right to appeal a single 15-page submission. And if each defendant submits a 15-page brief, the repetition will waste the Court's time.

Accordingly, Defendants request that instead of filing multiple 15-page objections for two or more Defendants, which would otherwise be permissible, that the Court permits

2

a single objection of 30-pages. This relief would also avoid unnecessary duplication of arguments in separately filed objections.

## CONCLUSION

Based on the forgoing, Defendants respectfully request an order permitting Defendants to file one combined objection to the Amended Report and Recommendation by 15 pages, for a combined and total page limit of up to **30 pages.**

## LOCAL RULE 3.01(g) CERTIFICATION

Defendants have conferred via telephone on October 19, 2023 with counsel for Plaintiffs, and Plaintiffs oppose this motion.

Respectfully submitted this 19th day of October, 2023.

*/s/ John Y. Benford*
John Y. Benford, Florida Bar: 51950
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200 Orlando, Florida 32801 // T: 407.203.7594
john.benford@wilsonelser.com
Attorneys for Pandora Marketing, LLC, William Wilson, And Rich Folk.

*/s/ Patrick A. Bradford*
Patrick A. Bradford, (pro hac vice)
Bradford Edwards & Varlack LLP
12 East 49th Street, 11th Floor
New York, NY 10017 // T: 917.671.9406
Email: pbradford@bradfordedwards.com
Attorneys for Defendant William Wilson and Rich Folk

*/s/ David A. Klein*
David A. Klein
Law Offices of David Alan Klein P.C.
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
Tel: (856) 428-3383
Lawofficesdakpc@aol.com
Attorneys for Defendant Intermarketing Media, LLC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 19, 2023, a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system which will give notice to all parties registered to receive electronic notice via CM/ECF.

*/s/ John Y. Benford*
John Y. Benford

3