**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; WYNDHAM RESORT DEVELOPMENT CORPORATION; SHELL VACATIONS, LLC; SVC-AMERICANA, LLC; and SVC-HAWAII, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>SLATTERY, SOBEL & DECAMP, LLP; DEL MAR LAW GROUP, LLP; CARLSBAD LAW GROUP, LLP; JL "SEAN" SLATTERY; PANDORA MARKETING, LLC; PANDORA SERVICING, LLC; INTERMARKETING MEDIA, LLC; KENNETH EDDY; RICH FOLK; and WILLIAM WILSON,<br><br>    Defendants. | Case No. 6:19-cv-1908-Orl-78EJK |

## UNOPPOSED MOTION FOR CHRISTIAN M. LEGER, ESQ. TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 2.02(c), the undersigned Christian M. Leger, Esq. ("Movant") hereby moves to withdraw as counsel of record for Plaintiffs, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Wyndham Resort Development Corporation, Shell Vacations, LLC, SVC-Americana, LLC, and SVC-Hawaii, LLC (collectively, "Wyndham"), and in support, states as follows:

1. The Movant has appeared as counsel in this matter on behalf of Wyndham.

2. The Movant has recently accepted a position with a different law firm, and will not continue as counsel for Wyndham following his departure from Shutts & Bowen, LLP.

3. Pursuant to Local Rule 2.02(c), the Movant has informed Wyndham of his intention to withdraw from this matter, and Wyndham has consented to the withdrawal.

4. Additionally, Wyndham will continue to be represented in this matter by Shutts & Bowen, LLP and the other attorneys from the firm that have made an appearance to date.  Accordingly, no entity will be left without representation, and the matter will not suffer any disruption by virtue of the Movant's withdrawal.

5. Finally, there are no hearings or trials that are scheduled, and no pending matters for which the Movant's personal involvement is required.

WHEREFORE, the Movant requests that the Court grant this motion and permitting the Movant to withdraw as counsel of record from this case.

### RULE 3.01(g) CERTIFICATE OF GOOD FAITH CONFERRAL

On October 20, 2023, the Movant conferred with counsel for the Defendants, who indicated that Defendants do not oppose the relief sought in this motion.  Accordingly, the motion is **unopposed**.

Dated:  October 24, 2023.

        Respectfully Submitted,

        */s/ Christian M. Leger*
        **CHRISTIAN M. LEGER, ESQ.**
        Florida Bar No. 0100562
        cleger@shutts.com
        SHUTTS & BOWEN, LLP
        300 S. Orange Ave., Suite 1600
        Orlando, FL 32804