# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, SHELL VACATIONS, LLC, SVC-AMERICANA, LLC, and SVC-HAWAII, LLC,**

    **Plaintiffs,**

v.             Case No: 6:19-cv-1908-WWB-EJK

**SLATTERY, SOBEL & DECAMP, LLP, DEL MAR LAW GROUP, LLP, CARLSBAD LAW GROUP, LLP, JL "SEAN&QUOT SLATTERY, PANDORA MARKETING, LLC, PANDORA SERVICING, LLC, INTERMARKETING MEDIA, LLC, KENNETH EDDY, WILLIAM WILSON, and RICH FOLK,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiffs' Unopposed Motion for Christian M. Leger, Esq. to Withdraw as Counsel of Record (the "Motion"), filed October 24, 2023. (Doc. 1070.) Plaintiffs will continue to be represented by the remaining attorney of record. (*Id.*)

Accordingly, it is **ORDERED** that the Motion (Doc. 1070) is **GRANTED**. Attorney Christian M. Leger is **TERMINATED** from his representation of Plaintiffs. The Clerk is **DIRECTED** to remove his name from the CM/ECF service list.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE